**FILED**

1

October 06, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____lad_____

DEPUTY

Civil Complaint

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS  Waco _____ DIVISION

Albert Richard Thatcher

(Plaintiff)

CIVIL ACTION NUMBER:   **6:21-cv-1042**

V.

CASE NUMBER:  6:21 CV 1042

State of Texas, Texas McLennan County, Texas McLennan County Jail, Ricky Armstrong, Officer Jeremy Johnson, McLennan County Sheriff, Parnell McNamara, City of Bellmead Texas, City of Bellmead Texas Police, Texas McLennan County MHMR, NP Deborah Sant'Anna, Sheehy, Lovelace & Mayfield, E. Alan Bennett, 19th District Court of McLennan County, Ralph Strother, Dr. William Lee Carter, Dr. Stephen L. Mark, District Attorney Barry Johnson, Prosecutor Amanda Smith, State Bar of Texas

(DEFENDANTS)

## COMPLAINT

### Albert Richard Thatcher-1926 Colcord Avenue Apt 8- Waco Texas

### (Name and address of Plaintiff)

State of Texas-Office of Attorney General-300 W. 15th Street-Austin TX 78701

McLennan County-McLennan County TX Attorney General-801 Austin Avenue 200-Waco TX 76701

McLennan County Jail-C/O Ricky Armstrong-3201 East State Highway 6- Waco Texas 76705

Ricky Armstrong-3201 East State Highway 6- Waco Texas 76705

Officer Jeremy Johnson-3201 East State Highway 6-Waco Texas 76705

McLennan County Sheriff Department-901 Washington Avenue- Waco Texas 76701

Parnell McNamra-901 Washington Avenue- Waco Texas 76701

City of Bellmead-C/O Mayor Gary Moore-3015 Bellmead Drive- Bellmead Texas 76705

Bellmead Police Department-C/O Assistant Chief Brenda Kinsey-701 Maxfield St.-Bellmead Texas 76705

McLennan County MHMR-C/O Heart of Texas MHMR-110 S. 12th St.- Waco Texas 76701

Deborah Santa'Anna-9030 Wildwater Way-Round Rock, Texas 78681

Sheeny, Lovelace&Mayfield-501 N. Valley Mills Drive Suite 500, Waco Texas 76710

E. Alan Bennett-501 N. Valley Mills Drive Suite 500, Waco Texas 76710

19th District Court of McLennan County-501 Washington Avenue Suite 302-Waco Texas 76701

Ralph Strother-708 Kipling Drive- Waco Texas 76710

Dr. William Lee Carter-8401 Old McGregor RD. Waco Texas 76712

Dr. Stephan L Mark-405 Londonderry Dr. Ste 202-Waco Texas 76712

District Attorney Barry Johnson-219 N. 6th Street Suite 200-Waco Texas 76701

Prosecutor Amanda Smith-C/O Amanda Smith-219 N. 6th Street Suite 200-Waco Texas 76701

State Bar of Texas-C/O President Sylvia Borundo Firth-Law Center 311 Montana Ave.-El Paso TX 79902

### (Name and Address of Defendants)

.

(Jurisdiction Plea)

Me, Albert Richard Thatcher's eighth amendment rights has been violated by putting me through cruel and unusual punishments by Texas McLennan County Jail authorities enabled and empowered through all levels of Texas government. I, Albert Richard Thatcher, have also been informed by numerous law experts and others that Texas State courts would be bias in determining matters against Texas law enforcement officials. Therefore, Texas State courts would not be able to "establish Justice" as guaranteed me, an USA , in the first paragraph of the USA constitution. I contacted numerous officials about being tortured in McLennan County Jail from Texas Court officials, to various law enforcement officials in Texas, to the District Attorney in McLennan County Texas, to private Texas State watch dog organizations, to Texas State legislators, to the Texas State Bar, to the Texas Jail House Commission, to the ACLU in Texas who either didn't respond, offered no effective assistance if any, or ignored what I truthfully asserted and claimed no wrong was done which confirmed what other authorities claimed that torture is condoned by the Texas government community as a whole either directly or through inaction though I do not assert any such claims about all individuals in Texas government. Therefore, to "promote the general welfare", to "establish justice", and determine appropriate compensation for my "Blessings of Liberty" violated this matter needs to be determined in USA Federal Courts since I am challenging integrity of all levels of Texas government down to the individuals who committed these condoned actions of torture violating my USA constitutionally recognized rights including my 14th amendment rights. Also, there are 1rst, 5th, 6th, and 9th amendment rights which were violated as I briefly explain later that empowered government officials and people employed by them to be involved in months of my torture. Therefore, the before mentioned Federal Laws were all violated by Texas Authorities involved with my torture, whether directly or indirectly, giving the Federal Courts jurisdiction. Besides my USA constitutional and God given rights violated, this is also not acceptable by the USA citizens in general who have a long proud tradition of stopping forms of torture not only in our society but worldwide through direct and indirect means. Thus, jail authority violated my 9th amendment right generally supported by the USA citizens to not be in danger of torture from my own government. There are also international concerns that such torture is against International Law that the USA Government has agreed to uphold in the past. There are also other issues of 9th amendments rights that need to be addressed; The humane rights the USA general public supports need to be

protected from small factions of USA citizens wanting to get away with this form of despotism and inhumane actions by arguing semantics and using deceptive, illogical arguments using logical fallacies to fool the general public while hiding actions and facts while also claiming putting people through excruciating pain, degradation, humiliation, and sensory deprivation to make people subservient, or behave in or even think in desired ways is not torture, though it clearly is as defined in the dictionary. Also, such before mentioned factions that want to apply despotism abuse power given them and act with forms of impunity. Not only that, but these factions are also using forms of torture to socialize people (brainwash) into various immoral and dysfunctional norms of the jail and prison community as well as the secular, mental health community, and sometimes even used to socialize citizens into individual's social, political, and or economic philosophies. It is also used to persecute people who have different social, political, and economic philosophies than various authorities and or hired staff of a facility. Texas State courts are unable to be unbiased in this matter when I present arguments that they are all partially responsible for not doing anything effective about this commonly known practice among them of abuse and neglect while hid on records and protected by Texas courts where government officials commit perjury and other crimes with virtual impunity commonly known. I hope this Federal Court agrees. Therefore, for the before mentioned reasons, this needs to be decided on the Federal level and not State to protect my liberties and rights guaranteed me by the USA constitution and denied me by all levels of Texas Government while addressing other Federal Laws of the USA constitution that have been violated thus giving the Federal Courts jurisdiction. In this civil complaint I am making legal arguments that my torture was wrong and illegal by numerous USA Federal laws and International laws the USA government agreed to follow while justice needs to be brought against such responsible individuals for my torture while other Federal laws broken are mentioned to explain how that empowered and contributed to my torture while not making comprehensive arguments about these other laws broken for reasons of practicality that I hope to present to the courts in other civil complaints. I am filing this civil complaint as any other USA citizen who is a free innocent citizen, and not a prisoner when there is another standard for filing civil complaints for prisoners which if convicted of a crime would be USA constitutional. Framers of the USA constitution including Alexander Hamilton in the Federalist papers clearly explained that to protect individual's liberties that the USA constitution is meant to protect then the same standards of law are to be given all its citizens. Even though this civil

complaint deals with what an authorities put me through in jail it also deals with factors about when out of jail. Also, I was merely awaiting trial to be treated by law as any other innocent citizen for citizens like me, who I strongly assert is innocent of charges. Therefore, out of jail by USA conventions I am to be treated as any innocent citizen and not as a prisoner who committed a crime with different standards for filing civil complaints which is why I am not filing this civil complaint as a prisoner. Nor did the McLennan County Jail have the right to treat me as a prisoner who was required to be subservient to jail authorities every whim, and only had the right to deal with me as an innocent USA citizen being detained to await trial with rights and dignity. I also ask the court to have summons served for I am lacking funds to have others do it and think it wise to stay away from the plaintiffs as much as feasible to avoid confrontations and avoid possible problems like I have experienced in my past honest dealings with plaintiffs.

I leave it to the court to determine if I am to be considered a residence of Texas or not. I personally consider myself kidnapped by Texas against my liberties and not a citizen of Texas. Before arrested and not allowed to leave the State of Texas, I was only in Texas for around three months to attempt to visit relatives and to get my birth certificate after finding through past experience that it is difficult for me an impoverished citizen with little documentation to get my own birth certificate from the State of Texas when in other USA States. I consider myself a residence of Oregon where I last resided while I was merely traveling if I must claim residency of any State. Otherwise, I consider myself a USA citizen not a residence of any State until I decide what State I want to settle down in for the rest of my life. I was wrongly arrested while my right to a speedy trial has been denied. I have been forced to stay in this State against my will for years now. Though officially some may consider me a residence of Texas, I do not. I claim such official stances of my residence is forced on me. Only under conditions of duress like having to make claims of residency on documents to get Texas State ID so I can have access to savings in the bank and other such business would I EVER claim to be a citizen of Texas. I try to never lie but may have made such claims on some Texas government documents in the past not admitting my unofficial stance that I don't consider myself a citizen of Texas. Since such statements on Texas documentation that I may have made were made under duress, I consider and considered them null and void yet leave it to the federal courts to make such determination of my residency and citizenship after hearing my position.

(Allegation 1)

Abuse of Power and Authority that Empowered My Torture!

I was wrongly arrested by Texas Bellmead police who didn't even bother to separate two witnesses to see if their testimony matched or get my full testimony. Then during arrest Bellmead police stated they would press charges "no matter what" even if I could prove my innocence when I was questioned in jail which should still be on audio records. Later, I found police testimonies did not match, one witness lied to say I swung a machete this witness blocked with a wooden tool handle while one other witness listening merely claimed 'that is how it happened'. I did not even get near this man with this machete. Then the wooden tool handle ended up missing that had no marks on it which would have proved I did not hit it with a machete and the witnesses were lying. Also, the Bellmead police stories did not match on their testimony revealing the arresting police were not credible or ethical. I assert arresting police were very much aware of abusive treatment in the McLennan County Jails and that 6th amendments rights to a speedy trial are denied impoverished citizens as police wanted to punish me as if judge and jury empowered to act as such by the State of Texas, McLennan County, and the city of Bellmead Texas while having nothing to do with my guilt or innocence of charges. This in effect denied my 5th amendment right by depriving me of liberties with no due process of law by Bellmead Police Officers with forms of absolute power to throw me in jail when any paper work done claiming due process of law was merely a formality, when in reality I was thrown into jail to be caused much suffering, loss of freedom, and hardships, innocent or not, at the whims of Police abusing their power with no consequence to them. When first in jail, I was forced to strip naked and forced to bend down to reveal my anus as three or more guards stared at me against my religious beliefs to not show parts of my naked body if feasible. I definitely felt unnecessarily sexually violated and humiliated. During the first day or two, I was put before a judge in the jail to determine if I qualify for a "PRbond" with no legal counsel. Two Sheriff Deputy Guards did not like me repeating questions for the judge I did not feel I got an adequate answer for. So, these guards acted on their own initiative to deny me my freedom of speech and due process of law by falsely claiming I yelled at the judge and manhandled me out of the court into an isolation cell. Then these two before mentioned guards tried to get me to sign this "PRbond" under duress claiming it would get me out of jail that day without me knowing what the

papers they wanted me to sign were, what I was agreeing to, and without having any legal counsel present. Therefore, I refused to sign taking past advise of legal counsels. I repeatedly asked three questions. The only answer I got was a few guards asserted that it was unlikely I would be let out of jail for a year because I could not afford to hire a "real good attorney". Every time I stated these questions before and during being moved from one area of the jail to the next, I was manhandled by squeezing my arm and pulling it in the direction guards wanted me to go though I was cooperative. The three questions I asked were as follows. "Why am I being treated as guilty before I can prove my innocence?" "Why is my right to a fast and speedy trial being denied?" 'How can I go about representing myself with legal advice from an attorney?' None would address any of these concerns and just tried to assert no wrong was being done or ignored me. For ~two weeks I was held in an isolation cell and given the jail's normal deficient diet with inadequate amounts of protein, proportionally large amounts of inexpensive starchy foods combined with food with low amounts of calcium, vitamins, and roughage falsely recognized as healthy by factions of qualified dietician/s falsely recognized as credible by government officials to fool the general public that an adequate, healthy diet was offered inmates. In neighboring isolation cells, inmates would yell cultish teachings to each other booming in my cell for hours which was very disorientating. I asked repeatedly only to be denied my first amendment right and other rights to be able to communicate with legal counsel, the courts, or prosecution wanting to give my full honest testimony hoping authorities would realize I was innocent and let me go while hoping to save us all vast amount of time and trouble. I also wanted to give my full testimony to the courts as an ethical religious practice of mine to be open and honest about all my dealings, except in cases of duress or personal privacy, gladly and willing wanting to answer to any consequences of my actions whether positive or not. When moved to a room where inmates were not isolated from seeing each other or TV while locked down in one cell for most the day, I finally was given a way to visit a legal counsel. It was over two weeks I was in jail offered no legal counsel while being treated as any criminal being punished and held in an isolation cell that caused me to suffer. When I met with this attorney, E. Alan Bennett of Sheehy, Lovelace & Mayfield, I explained what happened and my position. Mr. Bennett informed me I committed no crime, and then we came to an agreement that I would allow Mr. Bennett to represent me and not represent myself with legal advice under the following conditions. One; I would be fully informed of everything that happened concerning my case and be allowed to have the final say of what

all actions are to be taken in relation to the case. Two; Mr. Bennett said he would talk to the prosecutor and try to get authorities to drop the charges then contact me in two weeks. Three; my full honest testimony of what happened before arrest would be given the courts as soon as feasible. I had 3 reasons for this though I can't remember clearly if I discussed these reasons with Mr. Bennett. 1, because I have nothing to hide. 2, to add credibility to my testimony. 3, because even if I did wrong, I wanted to willingly, openly, and gladly answer to the courts for the consequence of my actions as a civic minded citizen attempting to be virtuous. Four; If I wanted to drop Mr. Bennett as my attorney, then Mr. Bennett would step aside and drop the case. And Five; I was clear I sought to assert my every liberty and civil right, and if Mr. Bennett did not want to represent me attempting to accomplish these goals, then I'll seek to represent myself with legal advice. Mr. Bennett agreed to these conditions then broke his verbal contract with me about all conditions I made either directly or indirectly, deceived me, and ended up sabotaging most if not all my attempts. During a competency hearing I was found competent where Mr. E. Alan Bennett also admitted to the court that he lied to clients and broke verbal contracts when I brought it up. The 19th judicial district court would not give me a reasonable chance to present arguments for motions I entered when representing myself and even arguments presented were ignored while this court was clearly bias for the prosecution when Judge Ralph Strother took actions against me during this motion hearing without giving me a chance to respond based on false accusations of prosecutor Amanda Smith who presented no arguments or presented no evidence. Then Mr. Bennett took over the case knowing how to exploit his knowledge of the courts, and individuals involved, to his advantage against my best interest while sabotaging most if not all efforts I had made against prior agreements between us while not informing me of a thing for ~6 months. I had contacted Sheehy, Lovelace & Mayfield the first time Mr. Bennett's actions of honoring our verbal contract were questionable the first three months in jail to get no response from Mr. Bennett or the law firm who through inaction seemed to be taking Mr. Bennett's position. This all created a foundation to attempt to intimidate me into a position of complete subservience to authorities' tyranny and setting a precedence of asserted impunity and unchecked power of government officials and law professionals not to be questioned or be under threat of unofficially in effect be punished if "redress of grievances" against government officials and law experts is made while empowering authorities to be able to later put me through extreme forms of torture described in other allegations in this document. The 19th judicial court

was also informed of various torture and wrongs against me in motions and written testimony I presented which were ignored. The Bellmead police, 19th District Court, E. Alan Bennett, Sheehy-Lovelace & Mayfield, and the prosecutor Amanda Smith all abused their power and authority to deny me my rights and prevented me from making arguments to the courts in my defense while before mentioned parties used very questionable actions, at best, knowing about the tortures committed in the McLennan County Jail, thus empowered jail authorities to torture me while attempting forms of "brainwashing" and torture interrogation techniques. Knowing I was innocent yet treated as any other criminal being punished in jail caused me much distress, rational distrust of authorities around me, and traumas beginning with many forms of torture that got worse as time went on as I asserted my well informed and well established social, political, and economic beliefs to maintain my dignity and honor as a Christian, church going, civic minded, rational, well educated, honest patriot attempting to be virtuous and do my civic duty to stand up for my rights. These sort of actions of Texas government officials are the exactly the type of despotism that was used by law enforcement and courts in tyrannical governments that inspired the framers of the USA constitution to prevent, and that the USA constitution was meant to protect USA citizens from! Therefore, I assert that the Bellmead police officers who arrested me and Bellmead City for empowering them, the 19th District Court, E. Alan Bennett and Sheehy-Lovelace & Mayfield, and prosecutor Amanda Smith are all partially responsible for my torture by knowingly empowering others to torture me and all abused their power for their own self-interest against the citizens' interest they were responsible for.

## (Allegation 2)

### I was Persecuted for my Social, Economic, and Political Beliefs starting with Libel.

I was firm as an open honest person to express my spiritual beliefs as a Christian and my political believes as a patriot believing in intent of USA constitutional law and not supporting what I firmly believe is modern misinterpretations of USA constitutional law. Not as firm, but without agreeing with ideas I don't believe, I also explained when the subject came up about my economic beliefs that pure capitalism and free enterprise is superior that empower the superior moral, ethical businesses and markets to surface through fair competition while the mixed economies using capitalistic principles combined with socialistic principles combined with controlled markets applied in the USA in modern

times empowers immoral and unethical businesses, and inferior markets to be competitive though I avoided debates when people seemed argumentative or hostile when I expressed my economic beliefs. Some seemed to think of me as a radical deserving persecution as if I committed sacrilege for daring to believe what I learned from economic experts that the USA does not have a purely capitalistic economy with no controlled markets. When I presented USA constitutional arguments that I was firm to express, I was sometimes treated in a hostile manner by factions of jail staff while others were supportive. Some shifts of guards seemed highly competent and professional, and others were highly neglectful and rude. Then I went through an experience where I was denied a way to get medical care for four days because of flaws in the jail's procedural rules and excuses of inaction by jail staff as I suffered immensely from an itchy face wondering if it could be a serious condition. I then decided to be open and honest and be blunt about expressing how I found that factions of jail authorities were incompetent, neglectful, and rude while I made efforts to give constructive criticism in various creative manners. As a man that not only knew I was supposed to be treated as if innocent, but knowing also I was innocent of charges, I felt fully within my rights to express my opinions and exercise my freedom of speech as an equal. A few weeks transpired of me sharing my opinions while reprimanding various authorities for neglect, and medical authorities who with little explanation only offered solutions for my itchy face of giving drugs that altered my brain. I tried to explain altering my brain with this new technology in the experimental phase was against my spiritual and rational good sense as I refused medical's drugs unless given a chance to discuss it thoroughly with a doctor which I was denied the rest of the time in jail. Under any conditions it is unlikely I would ever volunteer to take such drugs as I have found in research such drugs "numb" parts of the brain when I am seeking to stimulate my brain. Any input I shared was returned with hostility or ignored by nurses, while I also was denied a chance to discuss this with a doctor while staff used procedural rules to excuse neglect. Then I expressed the beliefs Thomas Jefferson stated, "When governments fear the people, there is liberty. When the people fear the government, there is tyranny. The strongest reason for the people to retain the right to keep and bear arms is, as a last resort, to protect themselves against tyranny in government" I stated my belief that if factions of law enforcement continue to apply principals of despotism, then more and more honest, civic minded, patriotic citizens will not recognize these factions of government as valid and may rebel as always happened in past history in such situations. And if not by fanatics and radicals then such repelling

citizens if they are honest, well-informed patriots have my full support. As Alexander Hamilton said in the Federalist papers that if government officials don't go by USA Constitutional law, then that makes such officials invalid. I also expressed that either a person like me will find ways to take on tyrants in our government peacefully, or eventually others will revolt in violent ways. Around the time of expressing this common, USA, socially accept ethic of the people is when an Officer Jeremy Johnson committed libel on 06/14/2019 and stated falsely on record that I said, "When I get out of here. I'm gonna blow your brains out." Then Officer Johnson claimed I said 'that's how I feel', which was not near to what I said and clearly a fabrication of Officer Johnson. I have never made such a threat of violence against anybody in my entire life and am proud of my talents to stay out of physical fights while always seeking mutually beneficial, peaceful resolutions. What happened in reality on 06/14/2019 was after Officer Johnson lied about services that he denied me and tried to make me seem like the liar or delusional by falsely claiming he did offer the full service. Then I told Officer Johnson a statement about how 'I hope honest, patriotic, holy "warriors of God" repel against the tyranny of corrupt lying law officers like Officer Johnson' while thinking of honest law officers and USA soldiers that made such great sacrifices for God and Country which officers like Officer Jeremy Johnson disgraces. When Officer Johnson asked if that was a threat, I made it clear it was not a threat or even a warning. Then I explained how I am a passivist and would never commit such violence or be part of networks of people who commit violence and just was expressing a feeling I have about those in our government who don't go by USA constitutional law and exercise forms of despotism. Then Officer Johnson said nothing, then stormed out of the room to make a fabrication I threaten to murder him to give the impression I was a dangerous potential terrorist and to get me unjustly officially punished, I highly suspect, to harm my reputation to get me persecuted for my social, political, and economic opinions by lying to make me sound like an out of control violent murderer and to get me punished for not being subservient to his every whim. Before being falsely accused of threatening to murder a guard, me and factions of guards merely enjoyed verbal debates as we treated each other with respect. After this before mentioned libel of Officer Johnson, factions of guards treated me in a hostile manner, humiliated me, degraded me, committed defamation against me among inmates and guards alike, and denied me services. Other instances of libel followed that caused a false impression of me on their records. After Officer Johnson's before mentioned libel, I found a completely uncooperative spirit among factions of guards treating me as a

depraved, violent, crazy man based on rumors started when in reality I make every reasonable effort to be a moral, virtuous, just man of honor, character, and integrity as a rational, logical, discipline person in control of my actions. Though I cannot know what is in liars' minds. At least partially, circumstances leading up to this gossip Officer Johnson started combined with Officer Johnson's libel is why the following forms of torture described started to attempt to break me to confirm factions of the jail's staff irrational fears and paranoia that was unfounded who had delusions I was lacking in character and irrational as I stood up for my rights which I felt was my civic duty. Factions of Jail staff also attempted to socialize (brainwash) me to believe whatever these irrational, paranoid authorities were trying to do to alter my mind who disagreed with my well established social, economic, and political beliefs mentioned before in this document and or was delusional believing libel and slander committed against me. Otherwise, I would have been treated as any other inmate, and not kept in segregation jail cells for the full time I was in jail for a year and a half being treated as a depraved criminal being punished for a crime as I was discriminated against. Especially knowing I am innocent of charges while my freedoms are still limited after over 2 years, I am still psychologically, physically, and spiritually suffering from all the psychological and psychical pain caused me by factions of this jail staff and inmates the jail staff empowered and encouraged. During and after this torture to this day, I am having a hard time feeling any emotion besides hate for what others did that I don't act on or emotional numbness as I act on honor, truth, and love. I also find it difficult to think about anything but getting justice for what was done to me and stopping this from happening to another innocent victim by delusional, overconfident, inhumane USA government officials acting with forms of perceived impunity and unchecked power with delusions of grandeur and infallibility applying forms of despotism!

### (Allegation 3)

### Torture by Sound and Sensory Deprivation Chamber!

To be punished for what I before mentioned Officer Johnson falsely accused me of, I was placed in an isolation cell called "disciplinary segregation" or "DSG" for short where only one small window looked into a hall lined with such isolation cells on both sides of the hall that was the first area that I was held in for two weeks when placed in jail. It was a small cell of around(~)6X9 feet with a metal bed frame with a place to put belongings under it, a hard lumpy mattress, a small ~2X2 metal table surface attached to a

wall, a scratched small metal mirror, drab grey walls with paint peeling, dingy environment, shower so hot it hurt, uncomfortably cold, a metal toilet, and a small sink. Guard would peep in on inmates every ~15 minutes giving one no privacy. I was only offered an hour up to three times a week out of this cell to walk alone around an empty drab large room with three sky lights and large windows looking into two hallways to often have guards make excuses not to offer this time. Sound echoed off hard walls from neighbors' speech that was nearly as loud if not louder than if there were no walls while hard to tell what direction the sound came from being very disorienting. This area empowered authorities to either put an inmate in one section of the hall of cells where inmates got along and didn't yell, or to put an inmate next to inmates who yelled and pounded on the metal walls and were verbally abusive and or just strange, or place inmates who would not normally get along next to each other, or at times they might spread the inmates who yelled evenly throughout cells next to the hall so the inmates yelling at each other would disturb all other inmates causing a disruptive environment and make it difficult if not impossible to get proper sleep. This created a sound and sensory, sleep deprivation torture chamber that I was put through for a month the first two times punished this way besides when first placed in jail for ~two weeks. These first two separate months I spent a vast amount of the time next to an inmate who was an older professed "meth" drug addict, pimp who mixed Christian teachings with cultish teachings to excuse his immoral behavior as he promoted his past life choices to the young around him bragging about past accomplishments of making ~two hundred dollars a day off dealing drugs and exploiting women. This meth addict would yell for ~36 hours to ~48 hours straight while conversing with a few other inmates yelling then get at most 6 hours sleep. Then this meth addict would wake up and continue his yelling ritual all booming in my cell. At times I found ways to create variety in the sound around me by using cell items to create percussion music, or sung, or thought aloud which factions of guards inhibited or prohibited to create a never-ending monotonous sound of a few inmates yelling and others suffering as a result. Empowering dysfunctional inmates to use constant loud sound asserting beliefs against others' moral foundation causing lack of sleep while in an uncomfortable and cold sensory deprivation chamber is widely recognized as torture by most if not all Nationwide and Worldwide conventions thus causing cruel and unusual punishment breaking USA constitutional law.

(Allegation 4)

Torture using Humiliation, Degradation, and Other Verbal Abuse from Inmates!
Inmates were allowed to threaten to murder or assault other inmates whether sexually or physically.
Inmates graphically described imagined or past sexual acts, performed verbal masturbation rituals, and
exposed their nakedness to other inmates including me from across the hall as guards listened and did
nothing unless directed at them even when I objected to having such offensive and vulgar conversations
and actions forced on me. I don't think I spent one day not hearing inmates make commits about
penises which I found very spiritually harmful. Before this, I had spent over a decade of prayers,
meditations, and offerings to God to get all unwholesome thoughts out of my mind to have this all
undone by a year and a half of having to hear unwholesome and sexually vulgar daily conversations with
~ a year of it booming loudly in my jail cell so it was hard to even ignore it in my mind combined with
being falsely accused often. These teachings and actions of immorality forced on me alone was a form of
torture that I have found through research is recognized as such by Nationwide and Worldwide
conventions. Guards discriminated against certain inmates while others were given a free reign to yell
whatever and whenever they want who normally were lacking in character and integrity disturbing
other inmates. All booming in my cell at a deafening volume for a majority of the day when in an
isolation cell and sometimes when in the other area of jail in a locked down cell with one TV in the room
for all inmates in locked down cells. I found some factions of guards would scold me and a few times
even punished me for standing up to other inmates who humiliated, degraded, or threaten me then say
nothing to those who humiliated, degraded, or threaten me while sometimes even encouraging them.
Later I overheard conversations where guards spread false rumors behind my back a few cells down or
even to my face using various expressions that I was depraved or of an unsound mind. I was never
supported by large factions of guards when I tried to talk good sense to other inmates and teach sound
Christian doctrine I knew as a Christian who has attended church for decades and well read on Christian
scripture while I was sometimes scolded for my lessons by jail authority for no good reason even when
some other inmates supported me. Out of the ~12 to ~13 months with once ~ten months straight being
in this "DSG" isolation cell area described in allegation 3, rarely did I find myself next to inmates who
didn't yell for a large percentage of 24 hours and didn't harass me. The first two times I was punished by
placing me into the isolation cell area that I described in allegation 3 for a month, I was surrounded by

inmates yelling their immoral beliefs and practices besides the "meth" drug addict before mentioned. Another time after the first three times in this before mentioned type of isolation cell called "DSG", I was in this segregation area of isolation cells for ~ten months as guards committed libel after libel to excuse keeping me in this area where I rarely I got any quiet while punished for actions I did not do to also not be given the benefit of the doubt when I said the truth. In the beginning there were a few times I was around inmates who did not harass me, and I made peace with. Yet there almost always were loud inmates in cells right next to me who seemed to enjoy victimizing others with their sound torture or were just not aware of it as so. Then I was placed at the end of the hall of isolation cells where inmates who were encouraged by factions of guards humiliated, degraded, insulted, and even threatened me with physical or sexual violence yelling many hours daily and some pounding on the walls I estimate for around 6 to 7 months nonstop. During this time the few times I did start to get along with an inmate in a cell near me, the inmate was moved within a day or so. There is little doubt that so many inmates were placed next to me that harassed me in the before mentioned 6 to 7 months unless it was manipulated to be that way by guards who have years of experience with this environment that they have so much control of especially since in my experience I have found I normally get along with most people, dysfunctional or not. Month after month I heard inmates nearby for many hours booming in my cell who accused me, my father, and my mother of being depraved in various creative manners combined with other forms of degradation, humiliation, and threats while not one guard discouraged inmates of such behavior that I knew of and some even encourage it. Also, I was instructed or ordered by higher ranking guards and other staff as I was being degraded, humiliated, and verbally threatened to just take other inmates verbal abuse while other jail staff joined in inmates verbal abuse and did nothing to those who started the verbal abuse who clearly enjoyed it because jail staff empowered them, and some jail staff encouraged them to do it. When placed for the rest of the time in a room with a TV, I got along with most inmates except once after Officer Johnson's before mentioned libel when a professed devil worshiper who bragged about spending most his adult life in jails and prisons that I was placed near encouraged ~4 other inmates to harass me with verbal abuse with support of factions of guards as the other cell mates supported me or stayed out of it. Constant humiliation, degradation, violating religious norms, intimidation, and verbal bullying is recognized as forms of torture by Nationwide and International conventions that these inmates were empowered to commit that I am still suffering from

as described in allegation 2 of this civil complaint.

## (Allegation 5)

### Torture using Humiliation, Degradation, and Other Verbal Abuse from Jail Authority.

After the before mentioned libel of Officer Johnson, factions of guards showed a clear bias against me while always taking other inmates' side in disagreements or debates. Factions of guards also used verbal encouragement or joined in my humiliation, degradation, and threats which encouraged inmates in their verbal abuse. I found factions of inmates could fabricate any objection against me then have it supported by factions of guards sometimes without even getting my side of the story, while me being a man who tries to always be truthful would be falsely accused of lying or fabricating an excuse and never have my side even considered as possibly true.  Various inmates who figured this precedence out of factions of jail staff proceeded to victimize me. Especially after I expressed myself as a church going, Christian relatively virtuous, law abiding, civic minded, patriotic citizen that was vulnerable when I would not join others in some of their immoral, predatorial ethics as I stood firm on my Christian and patriotic foundation. I was also persecuted by guards in more ways than practical to describe here or even remember, food was denied me a few times, and I was punished for insisting on exorcising my right to freely worship by reading my bible aloud and giving sermons thus jail authority violated my religious and cultural beliefs as an elder officially a member of the Baptist Church for many years. I was told by jail authority it is against jail rules made from Texas government laws and regulations that prohibited me from reading my bible aloud or giving sermons. Me being put into this isolation cell area described in allegation 3 for ~ten months started with me refusing to stop giving a Sunday morning ' sermon loud enough for others to hear being the only church service available. I found attempting to forbid me to exercise my worship and religious practices of performing ministry work especially unfair and unjust after not a once hearing inmates be told to lower their volume or be quite even when teaching literally cultish devil-based and other cultish philosophies, sexually vulgar or other such offensive topics, or making threats to other inmates. These same jail authorities asserted no rules or laws were broken when inmates threatened to murder or rape me, daily, or force their sexually vulgar and cultish teachings and practices daily on me literally yelling from the safety of their locked down

cells. When taking a shower in an isolation cell, guards including females would insist on looking in on me every few minutes and refused to not violate my religious practice to save the viewing of my naked body for a possible future wife. Once when I tried to quickly take a shower before any guards looked in, a female Officer Andrea Brazell peeped in on me some 15 seconds from when she closed a window covering. Then when I reprimanded Officer Brazell for it, she reopened the window after just closing it to look in on me again while moving her head up and down to clearly show she was observing my frontal naked body as I stood in shock before I could think to cover my body. Then Officer Brazell slowly closed the window. When I reprimanded Officer Brazell for her voyeurism later, then she denied it as such though she clearly showed she was looking in on me as one might do a striper in a peep show. Then, Officer Brazell proceeded for months to call me a rapist of men and spread rumors about me among inmates and degrade and humiliate me while I stood up for myself and asserted my character while confronting this guard for her lack of character to commit a form of voyeurism, then for committing defamation against me, humiliating me, degrading me, and not apologizing for her wrong. Months later Officer Brazell did apologize while excusing her defamation and verbal abuse because she thought I was mean for being rude how I reprimanded her for her immoral actions. That is one of the few guards I made peace with who first showed hostile behavior though I read later the jail record where Officer Brazell claimed I yelled at her every time she looked in on me taking a shower when I avoided showers or even "relieving" myself whenever she was on shift. A few guards enjoyed coming to my window to humiliate or degrade me by calling me names and insulting me. Others enjoyed going to the window to argue with me like individual guards who asserted that putting me through excoriating pain to get me to be subservient is not torture, and me reprimanding authorities for not going by USA constitutionally sound law combined with neglect and abuse is perceived as disrespectful as if authorities were some sort of aristocracy not to be questioned. Officer Zeniga lied and said I hit my head on a window then spent months acting as if he believed his lie that he saw me hit my head against the widow and said that God told him I had to forgive him and be nice, when I merely told him to leave me alone unless he apologizes for committing slander against me, while asserting I never did or would hit my head against a window, and was owed an apology for bearing false witness against me. It got to a point that when I ever asked for toilet paper, or a paper form, or any other item or service then most the guards would not do their job to provide needed services and items unless I stood by the door for

up to a couple hours and asked many times as guards gave excuses making me beg for anything or usually do without. I observed most other inmates would get help comparatively quickly. What was especially humiliating and degrading is I was expected to be nice and subservient to jail staff just to get them to stop abusing and neglecting me worse than they normally did who committed written and verbal defamation against me, degraded and humiliated me, were consistently rude, used slander to give false bad impressions of me among inmates and guards that normally I would have gotten along fine with, medical staff who were neglectful, and even guards who caused me excruciating pain. Such treatment described is commonly known as torture among experts on the subject worldwide that I still suffer from, especially when trapped in this area until I go to trial or charges are dropped, see law enforcement around that are part of the network responsible for my torture, and forced to deal with the courts weekly as conditions of my "PRBond" through my present court appointed attorney I am required to weekly call or be threaten to be imprisoned again. Though being very pleased with my present defense counsel considering what she has to work with does not change the degradation of having to deal with a court weekly that if this court went by USA constitutional law, then I would have been given my speedy trial over a couple years ago for this open and shut case and this matter would have been dropped saving enormous amount of all our time, trouble, and taxpayers' money!

## (Allegation 6)

### Brainwashing Torture Techniques were Attempted

Medical staff including "mental health" MHMR was neglectful contributing to these various forms of torture by trying to diminish my beliefs and self-worth while forcing their secular philosophies and attempting to get me to believe whatever authorities stated without question. The "MHMR" mental health staff working in the jail tried to assert they knew I had a dysfunctional brain needing prescription drugs to function properly when no amount of reasoning with them would be acknowledged as I was expected to blindly go along with whatever this staff claimed without question as if they were infallible. A second psychological evaluation was attempted after weeks of the sound and deprivation torture described in allegation 3 after nothing abnormal was found the first psychological evaluation I was forced to take under duress when "booked in". I may not be an expert, but I have done considerable amount of research about brainwashing torture techniques before this experience as well as research

about psychiatric drugs that I wanted nothing to do with. I also made various vows to God and made various spiritual affirmations as part of my worship to not deal with mental health experts of psychiatry and psychology if feasible. It is well documented by countless experts that anybody going through the type of tortures I described can go through altered states of mind which I found hard to believe doctors in the mental health field would not be fully aware of this commonly known fact. Thus, it is absurd to claim inmates suffer from a dysfunctional brain like bipolar or schizophrenia when they could be just a normal person experiencing forms of altered states of mind because of conditions around them. Knowing all this, I refused to take the before mentioned nurse practitioner's psychological evaluation while briefly explaining why because I do not believe in psychology and psychiatry secular philosophies making it clear it is a part of my worship to not work with secular mental health experts in an official compacity and chose to exercise my right to remain silent to not answer her questions. On jail records this nurse practitioner, Deborah Sant'Anna, stated about this second psychological evaluation that I refused to take her evaluation or answer questions and was logical yet tried to claim I was schizophrenic and had other dysfunctional thinking processes. In other words, she admitted she had no information to back this claim I was schizophrenic or know what or how I was thinking while it makes no good sense to say I was logical and then claim I was not of sound mind. I admit I was angry about being wrongly arrested knowing I was innocent of charges, then not allowed to take this open and shut case speedily to trial, then falsely accused of threatening to murder a jail guard, then placed next to a drug addict pervert and others yelling for most the time at that time ~3 weeks solid booming in my isolation cell while medical tried to force brain numbing drugs on me for a simple skin aliment and would not let me talk to a doctor about it, then having this nurse practitioner try to force me to share what I was thinking who I wanted nothing to do with not trusting most this authority of this jail. I think my mistrust of jail's authorities was understandable and rational considering past experiences which is why I chose to say little, which the nurse practitioner admitted on her report I said little that I later found she misquoted the little I said to her. This nurse practitioner, Deborah Sant'Anna, once even lied on reports I later found, or she was delusional to claim I said I heard voices when I would never tell anyone in the mental health field empowered to force their drugs and practices on me such a thing even if it was true. It would be abnormal to trust this jail authority and not be upset with them considering all that happened which if this nurse practitioner had any competence and integrity would have considered the before

mentioned type of facts as a possibility and had no way to know what or how I was thinking. After considering all the before mentioned facts, I realized that factions of mental health authorities were abusing forms of absolute power given to them by the courts and committing fraud to convince inmates they have dysfunctional brains in order to attempt to make inmates dependent on their mental health, charity industry and their drugs when many of the inmates' brains were fine. Other facts support this assertion of mine which research confirms, though for sake of efficiency I will not bring them up in this document and think I state enough to prove my arguments. I have included a report as evidence that I am also circulating around Waco and attempting to get published about this fraud. Medical staff including MHMR mental health tried to force their beliefs and practices on me while attempting to assert a dominant, subservient relationship who refused to discuss my healthcare with me except to ask about symptoms and insist I follow their instruction without any input from me which contributed to making me vulnerable to other forms of torture and dysfunctional socialization (brainwashing) used especially after guards and inmates witnessed the degradation of me by the nurses. After over a year of refusing these brain altering drugs I researched about in the past, I was forced by jail staff working with a questionable lower court to take these "brain numbing" drugs until higher courts took my side that the staff had no right to force these drugs on me. I also found it insulting that most jail staff treated me with respect and stopped their degradation, humiliation, and other verbal abuse after a lower court empowered jail staff to force drugs on me. Then jail staff tried to make me believe the drugs helped me think and act better as jail staff treated me better, while I experienced the drugs wasn't a factor in my ability to reason, be in control of my actions, and be aware of reality. Though I did exploit the change in jail staff's behavior by influencing jail staff to move me out of this torture chamber isolation area called "DSG" I had been in for ~ ten months without lying or compromising my integrity. This technology is still in its infancy and merely theory and not fact about much of what these "psychiatric drugs" do to the brain and could have caused any number of unknown, negative, possible permanent effects to my brain. I am still recovering from the deceptions, degradation, and humiliation the medical staff put me through while guards used the excuse that they were protecting the medical staff by sometimes interrupting health discussions with medical staff when I disagreed with medical staff, questioned medical staff, reprimanded medical staff while I was as helpless as could be, or criticized their professionalism which was seriously lacking which I assert I am qualified to claim after over a decade of me beforehand

assisting medical staffs helping the elderly. Unqualified Guards even joined in conversations to give medical opinions when I was discussing medical issues with medical staff. I only was allowed to attend a church service I could hear in a locked down cell a handful of times and only once allowed to talk to a Christian minister. There are little to no civic minded, virtuous people allowed to come into the jail to try to talk good sense to people and give inmates exposer to such virtuous people who would counter the many in this jail trying to force their immoral and cultish beliefs on others. As a weekly churchgoer not only does the before mentioned actions not allow me my right to freely worship weekly and have access to Christian ministers or others with similar beliefs as me, but also is mixing church and state to promote secular mental health philosophies practiced as a secular religion that believes in making my mind "function" as they desire through manipulation of my flesh and attempts to establish dominant, subservient relationships against my first amendment rights by exposing and even forcing secular mental health practices on me to attempt to influence my mind and spirit without access to the church authority and community I normally would turn to for such help. Also, MHMR attempted and failed to convince me I was not of sound mind and irrational with a dysfunctional brain needing their drugs and their practices when they had no proof and MHMR stated I was logical on their records. Then MHMR falsely asserted I was not of sound mind which wrongly damage my credibility among other members of the community around me and the courts even when I was highly credible as a result of decades of experience, research, and education. This made me vulnerable to people around me lacking in character and integrity who thought I would always be considered not credible when testifying about abuse I was put through and defamation committed against me. I was forced to deal with the judgement of these mental health doctors abusing their power to use USA government to promote their philosophies by giving me no choice but to endure their philosophical practices of giving psychological evaluations treated as if infallible then given the courts which influenced courts decisions and impressions of me where I assert that I was rational and gave these doctors doing my evaluation no reason to think I was not of sound mind. These bias doctors abused their power and authority by making psychological reports that gave misleading and even false statements while misquoting me while also presenting their assumptions, theories, and what seemed to be flat out lies as if fact. These reports are clearly biased to give the impression that I needed help from the mental health industry while not being scientifically sound or rationally objective. Besides that, these doctors went back and forth with some reports saying I

was of sound mind and others I was not under a pretense it was to determine if I "was competent or not to stand trial" whose lack of consistency of opinions revealed a lack of credibility. One relative point is a Dr. Stephen L. Mark psychological report tried to say he believed I was "competent to stand trial" because of drugs being given me when no drugs were being given me revealing his incompetence. The next evaluation by Dr. Mark, I presented myself as no different. Yet when Dr. Mark found I was not taking these "brain numbing" drugs he supported, he then claimed I was incompetent to stand trial and needed these drugs he wanted me to take putting his credibility under question. A Dr. Wm. Lee Carter falsely claimed I was incompetent to stand trial except when Dr. Carter dared not claim I was incompetent when his evaluation was witnessed by a credible witness representing my interest who is my present attorney, Jessica Freud. Just the fact that a high percentage of poorer inmates are claimed to be incompetent to stand trial with dysfunctional brains needing prescription drugs to function properly is a strong indication that false claims are being made about these inmates by authorities acting in their own self-interest putting their credibility under question. Let's be realistic. A vast amount of poor citizens' arrested are competent to stand trial and have functional brains that do not need drugs to function properly as history points out before such inhumane practices of those promoting the western mental health industry abused their power to start experimenting on people's brains to attempt to control other people's mind and behavior through manipulation of the flesh and establishing dominant, subservient relationships without consideration of these people's beliefs, values, rights, and ambitions these inhumane experts experimented on as well documented since this form of secularism started by a genius, Sigmund Freud, extremely high on cocaine who gave profound drug induced philosophies and interpretations of people's mind. This mental health staff is clearly abusing their power and authority to try to get various impoverished people dependent on their local mental health and charity industry as they use the jail as a sort of brainwashing camp to promote their values and beliefs while inhibiting other religious, political, and philosophical beliefs and many are becoming wealthy by doing it. I still suffer with concerns of persecution for informing people of my well-informed beliefs that may take years if ever to recover from as a result of MHMR's incompetence, persecution, and corruption. It is well documented such "brainwashing torture techniques" used by MHMR and other jail staff does not work on people like me that have a solid, moral, spiritual foundation. Yet MHMR and its members involved knowingly empowered by the before mentioned Dr. Mark and Dr. Carter violated

many of my liberties and civil rights while I assert committed forms of fraud and did put me through a year and half of trying to "brainwash me" to mold my mind to think as MHMR wished which most if not all International standards recognize as forms of torture using the Texas government jails similar to how China's experts used brainwashing "correction camps" after 1949 against their citizens to try to force them to believe those experts' secular beliefs. MHMR attempted brainwashing caused me much distress that could take years to recover from, if I ever fully recover. Attacking ones religious and philosophical beliefs is commonly recognized as forms of torture by Nationwide and International conventions which MHMR did by trying to force their philosophies on me while inhibiting and denying me my religious practices and forms of worship.

### (Allegation 6)

#### Torture using Sleep and Nutrient Deprivation.

I was nutrient deprived by McLennan County Jail for my individual needs. I first noticed I was lacking adequate amounts of protein when I observed muscle deterioration losing tens of pounds of muscle mass even though I exorcised daily. This can be confirmed on before and after pictures of me on record. Medical staff officially recognized this after weighing me for two months when I lost ~20 more pounds of weight. When first in jail I weighed ~two hundred pounds being very muscular after walking on average 20 miles a day carrying a heavy pack for a ~ten-month cross-country hike. When recognized by medical staff as being protein deprived, I was ~140 pounds. Then I was given protein supplements for ~2 months and went up to ~160 lbs. gaining some muscle mass back as I continued to daily exercise to maintain what health I could. Then I was taken off the protein supplement and put back on the diet previously recognized as protein deficient for my needs while ignoring my complaints and refusing to allow me to discuss it with a doctor. Reasoning with staff about this obvious neglect was only returned with logical fallacies of appeal to authorities' credibility, ignoring facts, incomplete information, and assertions I was ~160 lbs. when I first came in jail which was not true as confirmed later by jail's own records. I tried ~6 hours rigorous none stop exorcise daily until after ~3 weeks I found my muscles shrank even more and were still flabby. So, I cut my exercise down to an hour theorizing the hours of rigorous exercise deteriorated even more muscle because of lack of protein to rebuild muscle. I requested to see a doctor to discuss my muscle deterioration to be ignored. I tried reasoning with these

jail authorities for ~ 2 months using numerous creative expressions until realizing it was futile. I then was put through months of excruciating painful rituals to punish me for a peaceful, safe protest I felt entitled to as a last resort as I observed me losing even more muscles mass earned from a lifetime of hard manual labor and other exorcise and the health that came from it being robbed from me. Eventually the jail authority relented after, I estimate, ~two months of putting me through excruciating pain to try to break me. I then was put back on protein supplement, so I stopped my protest. Then I did an hour or more exorcise a day and I cut back on starchy foods and sugars so that I did not gain much weight to not risk medical staff using my weight gain again to excuse taking me off the protein supplement needed. I wanted to maintain what muscle I had and build more muscle. Yet I was concerned to do more than a couple hours exercise a day of weightlifting, calisthenics, and walking because not much protein supplement was given to rebuild muscle which might not have been adequate if I did the type of all-day exercises that might have built my muscle and constitution back to where it was when I entered the jail. The sound torture described before combined with interruptions spaced throughout the day from jail staff providing services prevented 8 hours continuous sleep which caused forms of sleep deprivation torture. I still after a year and a half being put through lack of getting proper continuous sleep find it hard to get proper rest needed for health and could take years to gain my muscles and constitution lost in this jail, if ever, considering my age of 58 because of this jail's sleep and nutrient deprivation considered as torture by Nationwide and International conventions.

### (Allegation 7)

#### Torture by Causing Extreme Physical Suffering for up to hours.

After over ~six hours of politely requesting toilet paper, I decided to protest by kicking on the door repeatedly my first time doing so after witnessing some other inmates getting results until guards fulfilled their responsibility to provide this needed item for my health and safety. I reasoned it was not reasonable not to provide needed toilet paper and was within my rights to exercise my freedom of speech by kicking on the door as a man who has done hard physical labor a majority of his life and knows how to kick doors safely. Whether I was in my right, or not, did not excuse what happened next. I was refused toilet paper which if given me would have had resolved the whole dispute. Instead, the guards took more drastic actions to attempt to make me subservient to them in practice as a slave who

does whatever they demand without question which many guards tried to assert before this. A Corporal James Hill was called in who told me he would give me toilet paper if I promised to <u>never</u> kick on the door again. It was not reasonable to deny needed toilet paper for any reason when it was the McLennan County Jail authorities' responsibility that I be provided basic needs to maintain health and welfare. I truthfully told him I could not give such a promise since I don't lie and am a man of my word, and I could not foretell the future to know what I may do in the future. Officer Hill made it clear he would not give me toilet paper unless I promised not to kick on the door ever. I made it clear I would stop kicking on the door presently if provided toilet paper, yet if they did not give me my needed toilet paper, I would start to kick on the door again in protest. I was told to put my hands through the door to be handcuffed which I refused to maintain my dignity not wanting to volunteer for whatever punishment they had in store when I was within my rights and jail authorities were not. This started the torture rituals to attempt to make me subservient to do whatever jail authorities demanded of me when I kicked on the door, attempted to make me promise I would not ever kick on the door again when I had no way to know if I would keep such a promise even if I initially intended to, and to try to get me to stop kicking on the door to unempowered me to be able to make any effective protest against jail authorities' abuse and neglect as me being a man awaiting trial who knows I am innocent of charges. Numerous grievance forms and other appeals I made before I resorted to my kicking door protest were ineffective when any lies of jail staff were treated as if truth by grievance officers as I was treated as if lacking in character and out of control of my actions and not given the benefit of the doubt while head jail authority covered for the questionable actions of jail staff and did not stop jail guard and medical from committing the numerous abuses and neglects described in this document and more. Guards numerous times made conditions to get off the chair only if I would say I <u>never</u> would kick on the door again, even sometimes when I said I intended not to kick on the door for the rest day, which made it clear I was being punished for not willing to say I would never kick on the door and not willing to be docile without verbal objections to their violent, abusive, neglectful tyrants among staff and inmates alike while attempting to make me subservient to their every whim, and not to prevent me from presently doing a perceived possible harm to myself as guards falsely claimed on their records. The first stage was to degrade me by expecting me to put my hands through the cell door's small ~6X12 inch shoot to be handcuffed to volunteer for my torture and strip me of my dignity often being rude how it was demanded while jail

staff refused to make any compromise whatsoever. Then various times chemicals were sprayed into the room that caused coughing and difficulty in breathing of not only me but other inmates also. If I was not submissive to their every demand though I always was passive presenting no physical or verbal threat, then 3 guards in body armor with one having a shield would storm the room when the door was opened. I would always lay on the floor on my stomach to be in the most vulnerable submissive position possible giving them no excuse to use excessive force which guards did anyhow. One guard would slam the shield down on my back pressing down to make it hard to breath and once caused damage to my rib cage I reported to medical. The other guards stepped on my leg to cause some pain the first time and then every other numerous times caused extreme sharp pain to my arms and legs as I screamed from the agony they caused for a minute or two. Causing such excruciating pain to my arms and legs was sometimes also done even if I volunteered to be handcuffed through the door, as always, presenting no physical or verbal threat to guards whatsoever as I lay as limp and vulnerable as could be. Then handcuffs were tightly applied after the guards' sadistic painful ritual, and I was forced on my feet after guards could do as they pleased off camera in my jail cell then sometimes lie about it on reports later. I was caused a cut on my ankle, one on my shoulder, a hurt wrist, an unidentified damage to my rib cage, and some bruises in my cell by guards. I was led to the hallway to sit on a restraining chair. Handcuffs were tightly applied digging into flesh and bone partially restricting circulation of blood to cause excruciating pain the whole time handcuffed to the restraining chair except once heavy metal handcuffs were loose enough to not to dig into flesh and bone yet still hurt but not as severely as when digging into flesh and bone. These restraining chairs were made with more comfortable, soft restraints making the handcuffs unnecessary. Even if I am mistaken, and the restraints on the chair did not secularly restrain inmates, there was no excuse not to obtain restraining chairs that did not put inmates through excruciating pain for hours from heavy metal handcuffs tightly applied. Red marks on my wrist and angles and bruises on my bone lasted for days after from these cuffs. A nurse would be there to claim the metal cuffs were not too tight.  A few times when handcuffed helpless on the restraining chair, a guard would stick his thumb under my jaw causing excruciating pain in an attempt to stop me from reprimanding them for their tyranny using cruel and unusual punishment and breaking their vow to uphold the USA constitution. Also, at times an itchy face mask was placed over my head to cause added suffering. Then I was placed in a room for many hours under a cold air vent to shiver from cold and left

in my waste for hours if I relieved myself. Sometimes a nurse with guard/s would come in to take blood pressure and give me a range of motion. And other times I was left for up to all night while a nurse only took my blood pressure when, sometimes, I used this as an opportunity to give Christian sermons and pray for my abuser's soul. Other times, I just reprimanded the jail authority for tyranny and abuse of power. Often my kicking on the door protest was a matter of principal to stand up for what is right to protest guards refusing to give me required and often needed services having to ask numerous times to have to in effect beg them to do their job right denying me my dignity I do value or other similar reasons like when one female guard refused to serve me breakfast as others did nothing about it. After ~6 months or so of me attempting to rationally reason with jail guards to be moral, professional, and ethical, I had given up on trying to reason with this irrational and unreasonable tyrannical jail staff which is when I started the door kicking protest as a last resort though I never stopped pointing out why I knew factions of the jail staff was in the moral wrong while lacking in character and integrity. It was clear at that point that jail staff lacking in character and integrity was intentionally empowered by head authorities to have forms of absolute power and able to act with impunity and any staff who did have character and integrity I got along with and even some I befriended who supported me yet were unable to prevent the other staff from their tyranny, abuse, slander, fraud, libel, perjury, and neglect. At one point, I decided it was safer and healthier to take their restraining chair used as a torture device over and over again almost daily until given protein supplement instead of slowly losing muscle mass as I described in allegation 7 especially after being informed some inmates in my situation spend up to three years in jail before going to trial. Other torture technologies used was to spray a chemical spray once straight down my throat and all over my body then on my back when I turned around when in the area with a TV which fumes from the chemicals caused all other inmates extreme discomfort and coughing, all for me shaking or kicking (I' can't clearly remember which) a cell door in protest of jail staff denying me the protein supplement they were required to give me and for no more than giving constructive criticism reprimanding these jail authorities for their deceptions, abuses, and neglects. Once again, I was punished for making loud sounds with the door to object to staffs' deceptions, abuses, and neglect by torturing me to attempt to make me subservient to guard's every whim when giving me my needed protein supplement to maintain health would have sufficed to keep me from making the loud noise that disturbed guards. The head guard present even stated that my torture was just beginning when I called

them torturers! This chemical caused burning sensation as if with fire and made breathing difficult. Then I volunteered to sit on a restraining chair with handcuffs digging into flesh and bone to avoid the violence of guards in body armor after the last time guards injured my rib cage and wrist. Next guards put me in an isolation cell before mentioned under a cold air vent shivering from cold while also feeling as if burned with fire. I was told it was up to me if I was returned to the cell block with a TV making it clear if I did not reprimand the authorities for their abusive and neglectful behavior and I kowtowed to them giving up my dignity, I may be returned to the area with a TV if it was their whim. I chose to maintain my honor and dignity and still reprimanded the authorities for their wrong. After being on the chair for what seemed like hours, I was taken off and told I needed to shower the chemicals off to stop the burning sensation as I suffered from what seemed to be slight first-degree chemical burns. The guards left me to shower in the scolding hot shower causing the chemicals burning me to be even more painful forcing me to endure some of the most extreme pain I ever experienced to try to wash off some of the chemicals. Yet I failed to wash all chemicals off as attempted which got spread on blankets and clothing that took days till I did not feel burning sensations. Another time, I was injected with the drug, time released Haldol, when a nurse lied or was having paranoid delusions and said she saw me spit out another psychiatric drug I did not have adverse reactions to. These "brain numbing" drugs were pushed on me until higher courts agreed with me that these authorities had no right to make me take these drugs as mentioned before. I reported I was having adverse reactions from the Haldol for a week or two as it caused me to feel extremely unpleasant sensations day and night, yet MHMR would not give me a Cogentin medication normally given when patients report adverse reactions to Haldol. Until given Cogentin, I biochemically went through some of the worse torture I went through in the jail for a week or two from adverse reactions to this Haldol making me have to beg for Cogentin the whole time just to stop this constant suffering causing even more hatred for all the medical staff and MHMR was doing as I was placed next to the loudest, most offensive inmate in the hall of cells humiliating and degrading me until I made peace with this inmate a few days later. Other times, I refused to strip on demand as a matter of dignity and protesting authorities prohibiting the free exercise of my religious practices that I informed them of the first couple weeks in jail to save the viewing of my naked body for a potential wife believing it is the wish of God as pointed out in Genesis 9:20-27. Guards would order me to strip naked around ~eight guards staring at me and the first time told to strip for guards in this manner was after a

week, or more, of me objecting to jail authority not doing anything to stop an inmate across from me committing the crime of exhibitionism against me, thus making jail staff responsible an accessory to the crime of exhibitionism. After more times than one of refusing to strip for them, one guard twisted my arm behind my back as I screamed in agony, before I was stripped naked, damaging my shoulder socket to hurt for weeks. I was then left in a padded cell with inadequate immodest clothing to protect me from cold and making it difficult to cover private parts of my body from being viewed making me feel very vulnerable and sexually violated and humiliated. I assert I was in no way suicidal or a threat to myself or others as the guards claimed to excuse putting me into a padded cell under the false excuse it was to keep me from hurting myself or others. It just was another form of torture caused under false pretenses it was for my own and or other's protection to try to get me to be subservient to guards' every whim instead of giving me the protein supplement medical once acknowledged I needed, or competently providing services needed for health and welfare without me having to beg, and even then, sometimes denying me services, or to take any action to prevent an inmate from committing indecent exposer against me who did every chance he got for weeks. To remove metal cuffs digging into flesh and bone of ankles, sometimes guards also ordered me to kneel at the edge of a metal bunk on my knees with my full weight of my body pressing knee bone down on hard metal causing excruciating pain. Once I refused to volunteer to kneel on the bed in this before mentioned painful manner and sat down around five or more guards as passive and helpless as could be. Then these guards twisted arms and pushed my head and body painfully down on the bunk for a minute or two as I screamed in agony. And this was immediately after my second and last doctor visit I practically begged to be allowed for ~ a year when a doctor was cut short after a mere minute or two by a guard because this guard, Carl Johnson, stated on record that the guard perceived me as arguing with this doctor when I merely was asking questions about effects of medication that medical failed to get me to voluntarily take. Not that I don't have a right to disagree with any person attempting to use a logical fallacy that he or she is right because he or she is an authority not to be questioned as many jail staff failed to assert on me being a rational man. Then this guard manhandled me down the hall squeezing my arm painfully as I objected to my abuse and neglect to end up tortured in my cell for refusing to self-inflict excruciating pain on demand by kneeling on the bed then later found this guard lied on reports to claim I pulled away from him when I always took the lead of guards escorting me. Sometimes when taken off the restraining

chair, metal cuffs digging into flesh and bone were not taken off as I was forced to walk down the hall ~50 or more feet to my cell with these cuffs digging into my ankles rubbing into flesh and bone causing even more extreme constant pain. This is just what comes to mind. Not a once did I resist McLennan County Jail authorities' violence in any manner as passive and limp as could be countless times showing great discipline and control as these guards tried to torture me into submission and get me to stop verbally objecting to their tyranny, abuse, and neglect and agree with jail staff's social, political, and economic beliefs as these corrupt authorities hoped I would give up my dignity when I knew I was falsely accused to be placed in jail in the first place. For me it was a matter of my honor and dignity to reprimand this authority for their defamation, abuse, and neglect and attempted brainwashing and am quite proud they could never break me to make me their willing submissive slave respecting them as tyrants, nor could I be brainwashed to agree with their social, political, and economic beliefs. Whether I was in the right or not is irrelevant to excuse torture not only breaking International laws against such tortures the USA government agreed to follow, but breaking numerous Texas State and USA Federal laws when Texas jails officials breaking such laws was common knowledge among the Texas State government officials I also found later through numerous inquiries. Attempting to change my social, political, and economic beliefs through dominance, degradation, humiliation, and other tortures and not by reasoning with me or acknowledge me reasoning rationally with staff contributed to my, overall, year and a half of torture in this jail. McLennan County Jail authority also tried to fool me they were within Texas State law while trying to get me to believe causing extreme pain or other forms of suffering before described to make me submissive to their orders, unreasonable or not, and to not question authorities' actions and rules was not forms of torture. I was cooperative and factions of guards said that they did not have any problems with me and even were supportive while some I even befriended. But I would not act as a willing slave for other factions of guards abusing their power and authority to expect me to follow their every whim as I was treated as any convicted criminal in the jail and not as an innocent USA citizen with rights and dignity. Saying it was to keep me safe clearly was just an excuse to perform tortures. Under Texas Administrative Code Title 37, Part 9, Chapter 273, Section 273.6 states "Inmates exhibiting behavior indicating that they are a danger to themselves or others shall be managed in such a way as to minimize the threat of injury or harm. If restraints are determined to be necessary, they shall be used in a humane manner, only for the prevention of injury, and not as a punitive

measure". Clearly having handcuffs painfully dig into flesh and bone then placed under a cold air vent to shiver from cold with an itchy face mask on and left in my urine for hours is not "in a humane manner" as well as once left to burn for hours with chemicals sprayed all over my body. Means could have been used to consider my objections to prevent my kicking even, if, this kicking was a danger to myself though I assert it is my right to have the liberties to take calculated risk as a man who is to be treated as if innocent by law for people like me who are innocent of charges. Section 273,6 of this code also states 2:"Soft or padded restraints should be used when feasible.", 3:"------- and (check) the circulation to the extremities." 4:"The inmate should receive medical care a minimum of every 2 hours, to include changing position----- offering nourishment and liquids, offering toilet facilities," All the before mentioned laws McLennan County Jail staff failed to follow. Sometimes I was left from just after dinner to all night till breakfast to only see a nurse two or three times and not a once be let out of one handcuff digging into flesh and bone or sometimes just once having a range of motion given me and combinations thereof. Rarely did a nurse come in every two hours and give me a range of motion though they were pretty good about taking blood pressure. I have sought to get all records of me from this jail but only given partial records while the Sheriff department requested seems to lie about it. So, I have no idea what was recorded by medical staff most the times I was tortured on this restraining chair and wonder if records reflect facts. I did find often the records I read did not reflect facts and omitted facts and factors to give false impressions that were desired for whatever reason such people lacking in integrity had. Clearly, I was tortured to attempt to make me submissive and establish dominance when all that was needed was to give me protein supplement or at least let me see a doctor which only happened once after my initial doctor visit to be cut short by a guard who clearly was hostile towards me who interfered with the doctor doing his job then put me through torture. Also, I clearly was being punished and attempted to be tortured into submission when Corporal James Hill refused to give me toilet paper, that I was supposed to get in the first place, unless I break my ethics to give my word when I have no way to know if I would keep it even if I initially intended to. Also, if it is a danger for other inmates to kick or pound on the door, then authorities are libel for not providing a safe environment for inmates when it was common practice for inmates to kick and punch cell doors. I also pounded on the door with my fist using it as a percussion instrument that guards often did not object to. But not a once did guards not object to me kicking the door with padded slippers on. I highly suspect the real reason

guards don't want inmates kicking on the doors is because it is loud in the hallway and bothers guards. Or otherwise, if such actions were perceived to be inmates endangering themselves guards would not tolerate the pounding on the door with fist which was no less safe than kicking on cell doors like inmates often did with fist sometimes with no objection from guards. During my ~month to ~two month peaceful door kicking protest, I was clear I would not stop kicking on a door often till given protein supplements desperate to get enough protein the only way I could think of to not see my muscle deteriorate more which such protein deficiency can be confirmed by unbiased doctors with no conflicts of interest unlike the medical staff at the jail and networks they are a part of. I was eventually given protein supplement so obviously the doctor saw no harm in it revealing he was not in some sort of delusional state thinking protein supplement would cause me harm. Therefore, to minimize this perceived possible harm to myself guards claimed, there is no excuse for what they did except as a form of punishment to attempt to get me to be subservient to excuse putting me through their restraining chair used as a torture device multiple times against Texas State law instead of giving me the protein supplement medical staff originally admitted I needed. On records jail authorities misquoted me, used twist of the truth, omitted facts and factors, and flat out lied to create an illusion I was an out of control, depraved, violent, crazy man when I showed great restraint and discipline to never resisted guards acts of violence being as physically passive as could be, expressed myself as a moral man, and was merely objecting to authorities abusive and neglectful actions and other immoral actions of both inmates and guards in a rational manner as I felt was within my rights and a part of my religious practices as Proverbs chapter one of the Christian Bible and other scripture explains about the virtuous and immoral. I normally would consider it not virtuous to describe myself as virtuous. But in this situation before the court, I think it is needed to explain what happened and describe myself. I not a once verbally or otherwise threaten a guard with any form of violence though guards committed libel and Officer James Hill even committed perjury to say I did threaten guards. Not a once after kicking on the door wearing sandals did I harm myself after countless times doing so. And then being physically tortured, degraded, and humiliated when actions of guards and medical staff did endanger my health and safety causing me psychical damage and trauma to my body and mind. When it came down to it, being put on the restraining chair in this painful manner was a choice between tortures described. So, either way I would suffer. At least the torture on the chair broke the monotony and humiliation of sitting in my cell month

after month experiencing the other tortures explained. Clearly when going through that sort of rational reasoning, I was a tortured, tormented man standing up to a tyrannical oppressive authority. I seek justice for the inhumane treatment I was put through that all levels of Texas government are responsible for against USA Federal Constitutional law and International law the USA agrees with and ask the federal courts to help me get justice and prevent such inhumane treatment of USA citizens by Texas government authorities under false pretenses breaking their vow to protect and uphold USA Constitutionally sound law!

(Allegation 8)

Texas Government Officials and Institutions Liability for My Torture.

Semantic arguments are used to try to classify what is considered torture and what is not as authorities use deceptive arguments to rationalize abuse of power and authority as various government officials cover for each other to get away with acting with virtual impunity with little to no checks and balances violating what was and is recognized as necessary by the framers of the USA constitution to protect citizens' individual liberties and civil rights especially large factions of the poor who can't afford the vast amount of legal services offered. The corrupt among Texas law enforcement and courts know this, thus are running rampant violating USA citizens' liberties and civil rights for decades. All levels of Texas Government are responsible for my torture who for decades took no effective actions to have various law enforcement authorities answer for their crimes and to prevent such government officials from committing crimes and torts among poorer of their citizens and from violating the poorer USA citizens' individual liberties and civil rights.  Some factions of Texas government authorities even encouraged such forms of torture before mentioned. Also, no effective actions have been taken by any level of Texas government for decades to insure the poorer of USA citizens' liberties and civil rights are protected in the courts. I will go so far as to assert that such before mentioned effective actions were never even attempted using false pretenses they were. All corrupt among their law enforcement and courts are aware they can act with forms of absolute power and virtual impunity against the poor since Texas government officials avoid any actions against such corrupt government officials acting in such a manner while the Texas attorney community as a whole do not offer services at an affordable cost for the poor who has had their individual liberties and civil rights violated. I have found this type of situation

is commonly known and discussed by the poor nationwide who feel their individual liberties, and civil rights are not being protected by the States responsible for it. Also, a precedence has been set for decades to never question law enforcement's testimony thus empowering the corrupt among law enforcement to commit slander, libel, and perjury knowing there highly likely will be no consequences for doing so. Nor will USA citizens be given the benefit of the doubt by government officials including Texas government officials when law enforcement does commit slander, libel, or perjury against them. Citizen's safety, livelihood, liberties, freedom, reputation, civil rights, and prosperity often depend on the testimony and actions of these law officers acting with forms of absolute power and impunity which empowers the corrupt and those lacking in honor, character, and integrity among law enforcement to commit offenses and abuse power that all levels of Texas government had decades to correct and failed in their responsibility to protect every citizens' liberties and general welfare while only looking out for the interest of factions of USA citizens over other factions of USA citizens. "Complaints are everywhere heard from our most considerate and virtuous citizens equally the friends of public and personal liberty, that our governments are too unstable; that measures are too often decided, not according to the rules of justice, and the rights of the minor party, but by the superior force of an interested and over bearing majority." Alexander Hamilton stated in the Federalist papers this injustice that happened before the USA constitution was ratified which applies to Texas government officials of today that often don't go by USA constitutional sound law. I spent months of research using numerous search tools including the Texas State Bar attempting to find an attorney to represent me getting justice for my civil rights and liberties violated while contacting hundreds of attorneys who not a one would offer any services for a reasonable cost for me or refer me to an attorney who would. I spent over seven months of working to provide for my daily needs, working to recover from the torture I was put through both physically and mentally, and researching on how to find an attorney using numerous search tools and contacting hundreds of attorneys to find not one attorney would allow me to give any more than a brief summary without being paid money in advance with no assurance what they would charge in the future, or if they even wanted to take the case. I am too poor currently to take such monetary gambles. That is when I started researching how to file this lawsuit on my own. I hold the Texas State Bar partially liable for my torture because no effective services are offered to help citizens in my impoverished position find any lawyer who would want to help us with civil complaints to assert our liberties, and civil rights which law

enforcement and courts are aware of and exploited thinking I would not be able to find any way to get justice for being tortured. Surly among millions and millions of people some such lawyers are out there. Yet there is no effective means used by the Texas State Bar to empower such lawyers or people with aspirations to become such lawyers with ambitions to help people in my impoverished position or empower such lawyers to be found by citizens like me. Even the ACLU leaves most the poor defenseless to protect their individual liberties and civil rights and would not respond to my numerous inquiries. It has become apparent that all institutional parties mentioned condone even if just by inaction the innocent among the poor being arrested and tortured at the whims of law enforcement as I experienced. There is a State statute that claims citizens only has 6 months from time of the occurrence to file a lawsuit against a Texas government authority or a Texas government institution and one is not allowed to file a lawsuit against both for the same occurrence even if both are partially responsible. Alexander Hamilton made it clear in the "Federalist Papers" that government cannot protect individual citizens' liberties if there is one standard of law for government officials and another for its citizens and can even expect liberties of citizens to be violated against USA constitutional sound law. Yet this is just what Texas government has done by giving one standard to file lawsuits against Texas government institutions and Texas government officials and another standard for other citizens and private institutions. Giving one standard of law for government officials like law officers and another for other citizens also applies as unconstitutional in other situations. For instance, laws empowering Law Officers and court officials to commit forms of perjury that other citizens could not commit with such impunity. I also assert after torturing people in Texas jails for months to years, six months is not a reasonable time to give poor citizens time to recover and find a way to file a lawsuit against government officials committing such heinous inhumane actions. I guarantee I made every reasonable effort and more to get lawsuits started as quickly as I could reasonably find using what was available against these Texas officials violating my liberties and civil rights against the very USA constitutional law these officials swore to uphold and protect. And stating I just happened to not find a means that may exist that others know of that is not readily available is not a reasonable excuse to say I was empowered to start this lawsuit sooner. Also, the time of occurrence of causing my suffering from this torture is now since Texas Officials' actions of past torture was intended to cause me to suffer daily extended into the future, especially every time I see law enforcement or what appears to be criminals or other incidences that

remind me of the experience I relatively recently went through especially when trapped in this area for an indefinite amount of time as my right to a speedy trial is denied, and I am forced to answer to the very court regularly that is partially responsible for my torture. I assert I need no help from the mental health industry of this area that also is partially responsible for my torture by encouraging actions of law enforcement and the courts to be involved in forms of torture to promote their industry as I before explained. I assure any I am of sound mind even though I am still suffering from torture. A good church, good friends, and time is what will be the most beneficial for me to cope and work on recovering from torture and other hardships. For the mental health industry to try to claim a monopoly on helping people with disturbing mental conditions then have USA government give conditions a citizen has to religiously be a part of the mental health industries practices to get government aid, or at times have the USA government force a citizen to participate unwilling in such practices is using the USA government to promote the western mental health industries' philosophies and practices often worshiped as a secular religion which is a mix of church and state against 1rst amendment law while trying to force it on me is denying my right to freely worship as well as other rights violated. Therefore, I request and even respectfully insist none of the before mentioned psychiatric or psychological practices be forced on me by this Federal court including psychological evaluations. The before mentioned parties I explained are all responsible for my torture while I request monetary compensation by responsible parties be given without any conditions from such parties who either knowingly empowered people to torture me even if through inaction to avoid their responsibility to prevent such inhumane injustices or were directly involved in these various forms of torture. I described a summary of their tortures because a comprehensive explanation of tortures committed against me in the McLennan County Jail exploited when I got out could take months to write and is not practical or necessary to make my arguments in a timely manner. I assert all levels of Texas government were involved in my torture and before mentioned institutions working with them under false pretenses which is common knowledge among most people of this nation I have heard about as a 58-year-old elder, USA, patriot citizen since my childhood.

## RELIEF

Whether one calls such techniques torture or not to cause extreme suffering of possible innocent citizens, and in my case an actual innocent citizen falsely accused, there is no doubt it is cruel and unusual punishment especially when compared to simple "stocks" applied which were considered cruel and unusual punishment by the founders of the USA, both framers and USA citizens. It is especially wrong because I was just officially being punished for what was perceived as breaking rules of an institution and not for committing any criminal acts, though unofficially, I was being perceived and treated as any guilty of crimes being punished in the McLennan County Jail by Texas government authorities until my innocence is to be determined in a court of law just as any tyrannical government does. Many jail staff even admitted they did not know who was awaiting trial to be treated as innocent unless proven guilty, and who was found guilty and being punished in jail thus admitting everyone in jail was being treated as if guilty and being punished. I may have lost years of my life as an elderly man who may never be able to regain the health I lost. I may never fully recover from the effects of emotional and physical trauma caused of spending a year and a half hating what was unjustly done to me with daily extreme suffering needlessly inflicted. Nor may I regain the peace of mind and faith in honest authorities I had achieved before this incidence as a Baptist Christian that respects other faiths that loves God and humanity. I have also lost years trapped in one area being denied my goals to find where I want to settle down for the rest of my life and start my own business earned from websites I intended to produce, and as an author, and whatever other honest work among good people I may find. I also may never regain the frame of mind necessary to achieve such goals on my own. For pain and suffering endured, possible lifelong mental suffering, prevention from achieving honest monetary and business goals, and health not likely to be regained as an elder that no amount of money can ever compensate for, I am asking this court award me the most monetary compensation allowed from before mentioned responsible parties for the before mentioned heinous inhumane wrongs done against me and the harm it caused up to a million and a half dollars rewarded me. I leave it to the courts to determine what percentage of my compensation is to be paid from the numerous parties responsible for my torture. I ask no more than a million and a half dollars because that is all I need for my goals I may have achieved if this incident did not prevent it. If courts decide I deserve more than I ask, then I request any more than a million and a half be given the Baptist churches under my supervision to approve which head USA

authorities of the Baptist Churches decide without my supervision how to best use these funds as my way to honor Jesus Christ and help with my spiritual healing as long as it is done in a manner that does not mix church and state. I also ask for all records concerning this incidence be amended to be accurate and truthful or at the least eliminated if it is a matter of my word against others giving me the benefit of the doubt while correcting these wrongs done against me by Texas government to allow law enforcement, mental health experts, and court officials forms of absolute unchecked power to falsely accuse me and have it wrongly tarnish my reputation possibly for life. I ask every reasonable effort to be made using more than the ineffective means used for decades to have individuals involved be exposed for their part of my torture if their involvement is proven realizing they have their USA constitutional rights also while grateful for the support of factions of honest authorities and experts while I have no ' desire they go through the type of "witch hunt" and unjust punishment I was put through. I apologize to the courts for the length of this document if there was a shorter way to present my arguments and relative facts that I am not aware of and want to let the court know I tried to make it as brief as practical to make my arguments while attempting to be comprehensive about arguments on the matter. All the testimony in this document states relative facts and factors that combined contributed to my immense physiological and physical torture for a year and a half in McLennan Court Jail which had the effect to make me suffer to this day as if the torture is still happening even if less in comparison than when in jail. I assert for justice to be served then justice needs to be brought against individuals responsible for causing me countless hours of excruciating pain, combined with over a year of sleep and sensory deprivation, combined with nutrient deficiency, combined with psychologically and spiritually damaging loud noise hours every day for over a year, combined with forcing practices on me against my religious beliefs and practices, combined with over a year of degradation, humiliation, persecution, threats, and defamation all commonly considered as tortures by most if not all USA and International conventions. It would be a great injustice and disgrace of the Republic of the United States of America and the great State of Texas if these factions of responsible parties can continue with their form of despotism while getting away with wrongly arresting me, Albert R. Thatcher, a man falsely accused and innocent of charges, and then thrown into jail to be tortured for over a year like I witnessed happen to me against the very principles the Republic of the United States of America was founded on.

Honestly and truthfully; Albert R Thatcher

*albert R thatcher* 10/06/21

1926 Colcord Avenue

Waco Texas, 76707

Phone# (254)227-1327

Email: leifbreedor@yahoo.com





# The McLennan County Jail of Hell!
# Fraud, Despotism, and Corruption Run Amuck!

### By A.R.Thatcher

"When governments fear the people, there is liberty. When the people fear the government, there is tyranny. The strongest reason for the people to retain the right to keep and bear arms is, as a last resort, to protect themselves against tyranny in government."
Thomas Jefferson

Forms of fraud are being used to exploit vulnerable impoverished people by various questionable authorities in USA law enforcement and the mental health industry supported by the courts and politicians with conflicts of interest. I experienced this fraud myself committed by individuals working in the Texas Bellmead Police, the 19th Judicial Court of McLennan County Texas, the Texas McLennan County Jail, and "MHMR" in Waco Texas.

This fraud begins with a law enforcement officer arresting an impoverished citizen on whatever it may be. Whether a legitimate arrest of a guilty party is often not considered important since it is unlikely the vulnerable impoverished person will find any way to challenge arrest. Also, many arresting officers are prejudice against the impoverished as if all are depraved criminals or crazy people that should be put in "their" jail. People as Gandhi, Jesus Christ' disciples, and so many others prove such prejudices are unfounded. The impoverished have among them the most virtuous and rational to the most wicked and irrational like any other community. Arrest really depends on the whims of the law officers involved often acting as lawmaker, judge, jury, and executioner. Under a pretense it is for breaking the law, often an impoverished person is arrested for no more than being rude, disrespectful, or for disagreeing as law officers establish their dominance over the impoverished in practice making it illegal to challenge law officers in any manner.

To get around the fact that it is obviously unconstitutional to make laws outlawing being impoverished or homeless, laws are made to make what such social classes must do for their daily needs illegal such as give no way to legally sleep, camp, urinate, wash, or make an honest living with what is available that day. Many such laws are throughout the land making it virtually impossible for any impoverished who live outdoors to not break some of these laws while giving law officers excuses to harass the impoverished.

The USA constitution was intended to protect individual citizen's civil rights and liberties while giving all individuals the same rights which clearly are denied the impoverished. USA founder James Madison stated, "A (USA) spirit which nourishes freedom, and in return is nourished by it. If this spirit shall ever be so far debased as to tolerate a law not obligatory on the legislator, (which also infers other government officials) as well as on the people, (which infers one faction over another) the people will be prepared to tolerate anything but liberty". The framers of the USA constitution were clear that all citizens' interest were to be considered when making laws even minority factions as all were to be held under the same standard of law. The founders of the USA also made it clear it was always considered against the people's interest and unconstitutional to take away citizens' individual civil rights and liberties for any reason except times of war and certain matters of taxation. And of course, that does not include people's liberties to deny other people their civil rights and liberties. Yet today's judges are making legal arguments excusing taking away individual citizen's civil rights and liberties claiming it is for the greater good or to protect the interest of a favored institution or faction. These decisions result in one individual's civil right or liberty being denied after another until all of us have some of our rights denied thus in action nullifying much of the USA constitution.

In my case, I was %100 percent innocent while Bellmead Police failed to get my full testimony. These fraudulent police, Officer Smart, Officer Seller, Sgt. Grisham, and Det. Seymour based their arrest on the lies of one man, Jesse B Ayala, as another, Donna Keeley, lied that Mr. Ayala's testimony was true when other evidence police "lost" <u>proved</u> their witnesses were lying. What is strange is a part of this laundromat with over 5 cameras was not under surveillance. That's where this maintenance man went then spun around with a pointed tool handle ready to murder me while I kept my distance from this irrational violent man. Part of this laundromat being vulnerable to vandalism was probably just a matter of incompetence of whoever installed the system. Yet it does make one wonder if there were more Machiavellian reasons involved especially after a worker went to this area not under surveillance then lied to try to set me up. Probably just a chain of unrelated circumstances, but still suspicious. Police did not even bother to separate their witnesses to see if their original testimonies matched. Police testimony did not match. The arresting officers made it clear during arrest that me being able to prove my innocence was not a factor in determining whether to press charges and throw me into jail. The police stated that they felt places of business were like employees' and owners' home excusing them doing whatever they wish which took all rights away from customers. Therefore, in action I was arrested for scolding an employee for rude customer service then keeping myself safe after two minutes of this dangerous irrational employee failing to bait me into a fight when I broke

(1)

no law nor committed any violence! In jail, if the impoverished citizen is found vulnerable with no way to challenge arrest, then factions of the jail, law enforcement, and court authorities take advantage of the impoverished USA citizen by misapplying law with virtual impunity. Impoverished are considered vulnerable because few will represent them at an affordable cost for the impoverished except court appointed attorneys. These attorneys the court appoints normally only do a minimum amount of work, rarely will submit appeals to higher courts, never question the USA constitutionality of law, and often practice a sort of assembly line defense rarely doing anything

different. Civil matters like rights violated are rarely dealt with by these attorneys the courts appoint who normally only deal with alleged crime. Also, the courts overload these attorneys limiting what they can practically do even among the most conscientious of them. Many defense attorneys the court appoints look out for their self-interest over their clients all protected by the State Bar allowing attorneys a broad range of actions even if an attorney does not accurately represent their client, lies to their client, breaks verbal agreements, or fails to act in their client's self-interest. Many authorities and experts are falsifying documents and even tampering with evidence with virtual impunity knowing judges will usually support whatever excuse is presented. Defense and Civil Rights Attorneys will usually not even bother to challenge judges' positions on the impoverished claiming such efforts are a waste of time and not monetarily profitable to challenge the vast majority of wrongs done against the impoverished. Even the ACLU leaves most the impoverished individuals with no legal representation to protect their civil rights and liberties while only taking a few out of a multitude of cases.

Many times, even cases won to protect USA citizens' civil rights and liberties can easily be countered by legislators passing other laws to have the same effect creating a sort of never ending merry go round to deny USA citizens their civil rights and liberties. For instance, it was ruled by the Supreme Court to be unconstitutional to make it illegal to sleep in public. Shortly latter a law was passed called public habitation so New Orleans police could, once again, arrest the impoverish for sleeping in public but claim it is for making a habitation in public. So many lawyers make fortunes from these battles on both sides that there is little incentive for their legal communities to have any lasting victories. Making money often is a priority over providing a service and working to make the courts fair, just, and equitable under a rationale it is just business as if monetarily profiting excuses forms of immorality and incompetence. Most attorneys and judges retire wealthy people thus making them bias generally speaking for this social class of USA citizens. One questions whether they are retiring as wealthy people because of honest, wise work. Or is it because of abuse of power from a community that has so much control over our laws and courts.

Once arrested, the impoverished inmate is neglected and abused physically and mentally by factions of jail staff as they empower factions of inmates to also abuse and neglect the vulnerable person and each other. Factions of jail staff and the courts misusing semantics, misinformation, and sometimes even perjury commit forms of fraud, and in many cases defamation, to create an illusion presented to the public that no neglect, abuse, or abuse of authority is happening. For example, inmates are malnourished with inadequate amounts of protein with proportionally large portions of inexpensive high carb foods combined with food that has small amounts of ruffage, vitamins, and calcium. That is if the inmate can't afford the foods offered at an inflated price from the jail's "commissary" monopoly contracted out. This poor diet is claimed to be nutritious for all inmates by deceptive, corrupt, qualified dieticians falsely recognized as credible by the USA Federal and State government. Another example is when guards cause inmates forms of excruciating pain or cause inmates to suffer from cold for days to get them subservient to jail authorities which by definition is forms of torture. Just look up the word torture in the dictionary. Yet authorities including college professors who taught them these forms of torture and rationale will vehemently assert it is not torture using semantics and deception to deny the truth. Texas jails even have a torture device called "the chair" where thick, heavy, tightly applied metal handcuffs dig into flesh and bone of both wrist and ankles causing extreme pain for hours as one is immobile under an air vent shivering from cold and left in their waste if one must relieve themselves. Afterwards, bruises and marks remain on the bone and flesh of the person for days. Many of these forms of torture are legitimized by corrupt politicians passing law without consideration of intent of USA constitutional law they vowed to uphold and protect. Corrupt judges who made the same vow only give a pretense of considering the USA constitutionality of these laws.

When I was first incarcerated many McLennan County Jail guards asserted it unlikely an impoverished person will get out of jail for a year, innocent or not, unless they, "have a real good lawyer" which was considered unlikely with court appointed attorneys. How is this excused when constitutional law guaranteed us USA citizen's a right to a speedy trial? It starts with the impoverished inmate being psychologically evaluated by a bias doctor who has a conflict of interest of gaining more clients for the mental health industry if vulnerable inmates are labeled incompetent. This examination often is done after months of neglect and abuse in jail to often be misdiagnosed as having some form of psychosis like bipolar or schizophrenia that the psychiatric field claim requires lifelong mental health treatment including prescription drugs. In reality, the person diagnosed psychotic may be as normal as anybody and just going through what most people do when traumatized, neglected, and abused. Even normal "functional" people are known to go through altered states of mind in such circumstances. The person may also just be rebelling against the authority who are persecuting them, justified or not. This form of rebellion often is considered psychotic by incompetent or corrupt qualified experts when really it is normal human behavior. If it was not for such behavior, we would not even have a Republic of the USA.

Next, the impoverished person almost always is judged incompetent to stand trial by a bias judge who never question mental health authorities reports. These psychological reports often give misleading and even false statements while misquoting the person they evaluate as assumptions, theory of psychological evaluators, and even at times flat out lies are presented as if fact. These reports are clearly biased to give the impression that people need help from the mental health industry while not being scientifically sound or rationally objective. Also, inmates commonly are not adequately defended or represented by a court appointed attorney just going through the motions in this modern form of a kangaroo court.

No matter what rational objection may be used, an inmate usually is forced to take dangerous psychiatric drugs when requested in the courts by bias doctors knowing judges blinding take medical authorities' side. This precedence gives these doctors forms of absolute power to do whatever they want to people's bodies including the brain. This process also takes citizens' rights away to even have a say about what is done to their own bodies. One judge, Vikram Deivanayagam, in a lower court even made it clear talking directly to me that he felt that when people are thrown in jail that takes away their right to have any say about what medical staff does to one's body even before being "found?" innocent or guilty. Though the judge used different semantics to excuse it. It is unclear how many impoverished defendants are given a way to challenge lower courts' decisions to force drugs on him or her. This is because court appointed attorneys rarely bring up any options to deny drugs. Not many inmates refuse these drugs not understanding how dangerous altering one's brain can be while blindly believing experts or simply don't care being drug addicts grateful for the free drugs. Even if an inmate finds a way to challenge a lower court's decision, unnecessary dangerous psychiatric drugs are forced into the body for up to months causing any number of possible unknown permanent negative effects to the brain until more objective, higher courts may side with the inmate as they did with me.

This precedence for judges to take doctors' side allowing them to force their practices on people also applies to people forced into mental wards. Sometimes hospital staff including their security guards who are not government officials are allowed special rights over other citizens to detain them indefinitely in mental wards. People are denied their liberties and even freedom when no law was broken often based on other citizen's gossip, whether hospital staff or others, with no due process of law besides hospitals rules and regulations. This precedence gives hospital staff forms of absolute power to force their practices and imprison in their mental ward anybody in a hospital until a person finds a way to appeal to a higher court which could take months.

This technology is still in its infancy while merely scientific theory and not fact about what these psychiatric drugs do to one's brain. These psychiatric drugs do cause "side effects" which is candy coating the fact that these drugs are causing harm even if slight when severity of damage is questionable. Experts are experimenting on brains without patients knowing it. Often mental health experts do not fully inform or even misinform their patients and the public while presenting theory as if fact all to trick people to literally push these drugs and their secular philosophies on people as these experts greatly monetarily profit from it. This misinformation denies empowerment of the layman to make informed decisions about what is done to their own bodies and how to live their lives. Using high paid lawyers and propagandist representing their industry, responsibility for liability is avoided while monetary profits take precedence over individual patient's health, rights, and liberties.

These psychiatrist and psychologist are experimenting on masses of unknowing patients' brains to individually "see what happens" as some will put it. This deception is just the tip of the iceberg of the inhumane treatment that this profession has committed since it was first started by a coke head pervert obsessed with sex, Sigmond Freud, listening to other husbands' wives' testimony of their personal sexual life. This genius "wired" on cocaine would then give profound drug induced interpretations and advice. Let's be real. Most people don't automatically think of penises in the back of their mind whenever they look at cylindrical objects as Sigmond Freud claimed. Though I suspect Sigmond Freud did.

After an inmate is labeled incompetent, then begins the process of getting their vulnerable, impoverished victim dependent on psychiatric treatments and prescription drugs before being sent to a facility for what Texas authorities call "Competency Restoration Services" while all other matters are put on hold. This process could take months to even years till a spot becomes available. During this wait the person is incarcerate in jail being treated as any other criminal even though some are innocent or did minor crimes. Courts will, once again, use semantics to falsely claim the impoverished victims in jail for years are not being punished. The very fact that these experts have so many considered incompetent that they are overrun with work indicates how unrealistic these claims of incompetency generally are while denying help and resources to those very few who may really need it and this help is intended!

At the mental health facility, the impoverished person is no longer as neglected and abused as when in jail. As a normal relatively "functional" person naturally recovers from physical and mental hardship, the doctors and staff at the mental health facility support any possible misdiagnoses as if undisputable fact. Doctors also claim a person is mentally healing because of psychiatric drugs and other treatment. Often the reality is the person is feeling better because of improved diet, a more pleasant healthy environment, and time taken to adjust to incarceration while working through their issues. Mental health experts often take credit for healing and growth that was not a result of their care. As many testify throughout history, all most people need is a healthy functional environment, a support group right for them, and adequate basic needs to recover from hardship and the trauma it causes as many find themselves

a better stronger person. Not damaged for life as many of these mental health experts will claim when they find a person in middle of a hardship sorting through their issues and trying to make sense of their situation. Many times, mental health experts inhibit people's
natural healing and growth from hardship by confusing people with added factors, assumptions, wrong conclusions, and false accusations, as experts diminish individual's independence, self-worth, and confidence while pushing their secular philosophies.

The fraud is many of these people do not need psychiatric, psychological help or their dangerous prescription drugs. These professionals are using any excuse that seems plausible to get people dependent on their mental health, charity industry while experts abuse their unchecked power given to them by judges. Once dependent, experts get an impoverished person into a small, slum, one room or studio apartment often for free with Medicaid, EBT (Food Stamps), and SSI checks for life. Also, prescription drugs are marketed and even forced on people that sometimes aren't needed with monthly mental health visits as many of these experts make $100,000 a year or more salaries getting rich off resources meant for the impoverish, all paid for with taxpayers' money. Even the patients who get out of the charity system are convinced they are dependent on these psychiatric drugs and mental health experts input for life to be "functional" when often such is not the case.

To say get a job is cruel when there are not enough jobs for everyone. And because of government controls it is difficult and often impractical for many to start their own business. So, we definitely need charity in our modern society for millions of people that there is not enough livelihood provided by these controlled markets. Otherwise, there would be millions of people forced to commit crime or revolt to feed their children. Yet it needs to be done in an honest dignified manner respecting the impoverished as equals while not deceiving the many and exploiting the poor. Surly throwing impoverished into jails for over a year ignoring the USA constitution while using our jails as secular brainwashing facilities and then taking over people's life under false pretenses as a few get rich off taxpayers' money is not a reasonable solution!

Many claim this form of secularism is not a religion in its modern form that believes the entire mind is a result of flesh and bone interacting with the worldly environment. Yet these beliefs and many practices are the same as secular religions thousands of years old. This worldly philosophy of a person's mind commonly rationalizes giving drugs, even if forcible, to alter a person's mind for a desired result without consideration of the other person's permission, liberties, beliefs, or values. As a result, people often are treated inhumanely as machines to fix, and not equal souls to help enlighten and be loved. For many, this philosophy is a faith in psychological and psychiatric theories as if fact, not a science, while mixing church and state to promote their worship of this form of secularism. People who deny they are practicing worship of a worldly philosophy as a religion many times are just using semantics inaccurately to deny the facts, create illusions of higher truth, and a superiority over other forms of worship and religions. These secularists using most its forms excuse using USA government to force their worldly practices on others while giving them power, authority, and control over all other religions, ways of worship, and matters involving the mind and spirit while inhibiting many other religious practices and beliefs.

Finally, after many months to even a few years of the impoverished victim in action being punished and having his right to a speedy trial and other civil rights violated, then the impoverished victim can finally deal with any legal charges against him or her. Judges excuse denying citizens their 6th amendment right to a speedy trial because of the judges' individual prejudices and fears of other people's beliefs and common practices based on the bias claims of mental health doctors profiting from it. Also, citizens are denied these before mentioned rights unless the person expresses the social norms, graces, and etiquette the judge individually finds acceptable in "his or her" court thus suppressing various people's freedom of speech and liberties in courts of law.

To assert in practice in the USA while hiding it with excuses that people don't have their 1rst and 6th amendment rights unless they have shown they agree to certain mannerisms and etiquette that a judge want displayed in a court that large factions of people don't normally display is such an obvious denial of people's liberties that it is bordering on madness. Being rude, or obnoxious, or mentally ill, or asserting righteous indignation is not an excuse given in the USA constitution to deny people their civil rights and liberties guaranteed by the supreme law of the land. Nor is some delusion of greater good claimed by judges. What is worse is the judiciary branch turns over USA citizens, who are supposed to be treated as if innocent for the rights of the innocent, to the mental health industry to be socialized into their secular philosophies. All at the whims of doctors who are greatly monetarily profiting from it until these doctors and their colleagues with forms of virtually absolute power agree to let individuals go to trial after going through a sort of assembly line process for a year or more. This all is such an obviously gross denial of people's civil rights and liberties that it is absurd and downright criminal. We might as well throw out the USA constitution and set up brainwashing correction camps all over the USA like they did in China after World War Two while making a sort of aristocracy of our professionals applying forms democratic despotism that USA founder Thomas Jefferson warned of.

In many cases inmates are intimidated into taking a plea bargain under the duress of longer incarceration if they fight the case, when in fact, the person may be as innocent as could be. Such plea bargains may include a lesser charge, "time served", and agree to conditions to become a "client" of the favored mental health, charity industry in the area. It is common practice to imprison impoverish citizens for alleged misdemeanors for up to three months before the first time they go to court. It is also common practice

(4)

in these situations throughout the USA for judges to inform the impoverished that if he or she pleads guilty then the person can get out of jail today with the whole matter dropped with a sentence of time served and a guilty plea on record. The impoverished citizen also is informed if they plead innocent then they will be thrown back into jail for months until the matter goes to court again which could drag out for years. Thus, in action forcing guilty pleas from innocent citizens under duress. In effect this precedence punishes law abiding, impoverished, innocent citizens for saying the truth in USA courts of law. It also in effect punishes impoverished for a crime before even going to court. This gives law enforcement the power to be lawmaker, judge, jury, and executioner of the impoverished with no due process of law except as a formality in this form of despotism using kangaroo courts!

By the time the impoverished victims are done with all the abuse, neglect, and fraud, the victims are often trick and fooled into believing they need "mental health" help and prescription drugs for the rest of their lives from western health businesses and experts when often, as in my case which time revealed, it is not a reality. Any honest among mental health experts who try to expose any fraud are often intimidated and discredited unfairly as they are ostracized from this professional community.

Many times, laws are determined by misinformation, deceit, and mass hysteria caused by such professionals misinforming the public while keeping the layman ignorant of many facts and factors. Then many other professionals blame this corruption on the public acting on this misinformation. The main fault is with the professional community over all who failed to find ways to keep the layman accurately informed for many decades as the corrupt sought to control the many when professionals, honest or not, monetarily profited from it! As Thomas Jefferson stated, "It is safer to have a whole people respectably enlightened than a few in a high state of science and the many in ignorance. This last is the most dangerous state which a nation can be in."

All this fraud is being committed to bring "political pork" revenue into an area at the cost of taking individual rights and liberties away from USA citizens. Along with this, a poor excuse often used to rationalize this fraud is to promote the mental health industry for the greater good with a sort of ego centric fanatism like any other group of fanatics may rationalize committing fraud for their causes. Others go along with this fraud because they feel they are unable to stop it as they do what good they can, or merely they have selfish motives and are not of the highest character, or simply are ignorant of the truth as they are tricked and fooled by fanatics and those with selfish motives. Just the fact that these mental health experts claim a large percentage of inmates have a dysfunctional brain that needs prescription drugs to function properly indicates how corrupt and or delusional many of these mental health experts are. Come on. Most people's brains are fine the way they are and do not need drugs to function properly. Drugs, legal or not, are not the answer to fix most everything in a person's mind, spirit, and body. Though the prescription drug industry markets their drugs to collectively be a cure all along with doctors' instructions and actions not to be doubted while using the USA government to control markets under false pretenses while suppressing all other rational forms of health solutions.

I am not fooled for a moment to believe I am a delusional, crazy man suffering from a dysfunctional brain. Please believe me. I have fully recovered from extreme hardship and the trauma it caused too many times on my own as an elder in my 50's to be fooled into believing I may need psychiatric, psychological help or psychiatric drugs to recover when hardships come along like many of us don't need their help. Nor am I fooled into believing an infallibility of doctors' diagnoses of a person's state of mind which is much more complex than any 15-minute test or short conversation can reveal even if combined with hearsay. Especially since diagnoses changes from expert to expert in many cases besides mine. I also am not fooled to believe that the USA mental health industry is the only way to help various irrational and traumatized people with troubling mental conditions. Personally, I would advise going to church and staying away from these experts but that is just my bias. I am not tricked by professionals whose competency is questionable who exclude and forbid anyone not under the influence of their industry including loved ones from helping people in various states of mind and social positions. Especially when these mental health professionals greatly monetarily profit from their actions as they make people dependent on them while asserting forms of absolute power over people's mental health solutions and very mind. After recovering from extreme hardship, I find myself fully functional, wiser, stronger, and in a content, peaceful state of mind with the help of good people simply by using good sense and reasoning while remaining a good, honest person worshipping God as a Christian.

I have had experiences with more honest, responsible, rational, humane mental health experts who confirmed I have been misdiagnosed and do not need prescription drugs for a dysfunctional brain while being a relatively rational, normal, functional person. These professionals did earn my trust and respect while showing they were no fanatics blindly worshipping their philosophies. Sadly, I found so many other qualified mental health professionals lied and tricked me then claimed I was paranoid and crazy not to trust them, not have all the same beliefs as them, and not blindly believe something just because they assert it. These professionals seemed not able to distinguish their theories from facts as they gave a pretense of infallibility of their diagnosis and beliefs while appearing to be in some sort of closed minded, delusional, overconfident, state of mind. Whether they were just liars or delusional, who can tell from such liars? It is my experience that usually the lines between being a liar and being delusional becomes blurred for people who often lie whether well informed as a professional or not as their lies they defend clutter up their mind!

One police officer in Austin let me go after forcing me to take a mandatory verbal psychological test under duress of being taken to a "mental ward" if I did not comply when obviously I was rational and in the right. This Austin police officer referred to himself

as a trained "Brain Police". Frank Zappa sarcastically used the label "Brain Police" in a song to show how bizarre and ludicrous such an idea was. It would have been hilarious and ridiculous used by police in the Texas State Capital if it was not so obviously dangerous to our USA civil rights, liberties, and a threat to our free society.

Some of these people supporting forms of despotism want to be able to invade our very mind not even giving us privacy of thought revealed by this "Brain Police" intimidating me into talking about my private thoughts. Some also seek to be empowered through USA governmental law to say what thoughts and even emotions are legal under threat of being imprisoned in a mental ward indefinitely without due process of law until authorities agree to let a citizen go. Even some virtuous religious beliefs are made prohibitive to share in certain circumstances like when I was punished for reading my Christian bible aloud even when some inmates wanted me to in the McLennan County Jail. Authorities stated I was breaking their jail rules made from USA laws supported by judges prohibiting me from reading my bible aloud or giving Christian sermons. These same jail authorities asserted no rules or laws were broken when inmates threatened to murder or rape me, daily, or force their sexually vulgar and cultish teachings and practices daily on me literally yelling from the safety of their locked down cells. Like so common among caste systems and aristocracies, people can be arrested in various areas of the USA as no threat is made for expressing their anger even if done in a rational, controlled manner at a government official or authority for being rude or doing wrong. Some want to make not being pleasant in public prohibitive through creative laws and application of law. So yes, it is scary when a police officer refers to himself as the "Brain Police" in the Texas State Capital. Especially when some experts are seeking to control our very mind at their whim through manipulation of our flesh empowered by the USA government!

This form of fraud against the impoverished is often committed unknowingly by individuals acting as delusional, close-minded pawns who unquestionably believe deceptive, corrupt authorities' false rationale and one-sided misrepresented presentations. Though many jailors, other law enforcement, and court officials knowingly do commit fraud, libel, and perjury. Mostly these torts and crimes are committed because their community of law professionals generally will not question whatever slanders and perjuries among them claim as if fact which destroys all credibility of any of their written records. Also, these authorities exploit their position with insider information to get away with wrongs. What is worse is that their law enforcement community protected by the judicial community normally tries to cover up or excuse the wrongs of law officers caught committing such deceit. This in spite of the fact that people's very wellbeing, livelihood, freedom, safety, reputation, and prosperity often depends on the testimony of these law enforcement and court professionals committing defamation and perjury. Inmate's safety is not guaranteed in jails or prisons they are forced into when some inmates have been found to be innocent years later as innocent lives are destroyed because of defamation and perjury committed by law officers and the courts usually done with impunity.

Many consider torts and crimes acceptable among their law enforcement community disgracing and intimidating those who are honest, virtuous law officers making great sacrifices for their community. Such torts and crimes are excused by many well publicized propagandists using deceptive arguments that crimes and torts need to be allowed to be committed by law officers and courts to help them fight crime which is a ludicrous paradox. One does not fight crime by committing crime. Arguing semantics, exploiting ignorance, mass hysteria caused, and lies are used to claim crimes and torts being committed are not crimes sometimes merely because it is authorities in the government committing these crimes and torts which also is absurd. It is still a crime no matter who commits it in the USA where every citizen by law is to be considered equal in the eyes of the law. As the Framers clearly pointed out, if it is illegal for you to do it then it is illegal for any other citizen to do it according to the supreme law of the land. All citizens are meant to be held under the same standard of law! Not you are committing a crime if you commit perjury while police aren't for the same action! Not you are breaking a law for lying to a law officer to cover up a crime, but they aren't for lying to you for the same reason. Not if someone murders your son or daughter the penalty is less severe than if they kill a government official.

"Internal affairs" policing their colleagues commonly are just a propaganda means to hide the wrongs done as law enforcement authorities cover for each other and misinform the public. With rare exceptions, no law officers are charged with any crimes or held accountable for torts though many are very aware crimes and torts are running rampant and unchecked in the jails, prisons, among law officers, and even in some courts. Many citizens have witnessed these crimes in the impoverished community and other such communities law enforcement are not threatened by for decades. While in other communities the law enforcement hides their wrongful behavior. The worse that normally happens is the law officers becomes unemployed while it is covered up what happened.

Only the most obvious of these crimes and torts committed by their colleagues are recognized as such by this community, if caught. That is except by the most virtuous law officers among them who find themselves persecuted and not being supported by management if they challenge the corruption among their colleagues. As James Madison pointed out, a free society protecting individual liberties cannot have one standard of law for government officials and another for its citizens. In such an elitist society people can expect their liberties and rights to be violated. All this is tempting and making law officers into criminals who otherwise would not have been while giving a bad example. Not helping them to prevent and stop crime by allowing law officers to be lawmaker, judge, jury, and executioners in action as they are allowed to commit crimes then hide this abuse of power on records and public

media. This is not a Hollywood movie or TV where all the police are the good guys, and all the criminals are villains. This is real life where some of the law officers are villains and if unchecked by the government, especially the judiciary branch, such villains run rampant just because they know they can. Some law officers are literally getting away with murder as judges, legislators, other law officers, and factions of loyalist cover for them. Such factions of citizens act as if the USA is a form of despotism and not a free republic defending people's individual liberties and rights! In the first paragraph of the USA constitution it asserts, "secure the Blessings of Liberty to ourselves" which many judges and law enforcement ignore for all except themselves and maybe their loyalist while choosing what liberties and rights they allow thus not allowing citizens their freedom!

An ancient Roman proverb applies to this commonly known corruption run rampant for many decades nationwide in USA law enforcement and courts. "Who is going to guard the guards?" The founders of the Republic of the USA intended the three branches of the USA government empowered by the people to guard each other, and "We the People" as our civic duty to guard the guards! Not be considered treasonous, or labeled terrorist, or called criminals by those with false patriotism based on ignorance and hysteria against us doing our civic or governmental duty to point out and challenge the wrongs done in our judicial branch working with law enforcement. This corruption is excused and covered up by factions of the wealthy who have bought out or through government controls suppress most our media. Around 15 billionaires and six corporations own most of the U.S. media outlets turning our news media into little more than corporate propaganda rags. So much for what the founders of the USA meant as a free press in this country for now! How many poor, middle class, or grass roots published newspapers and flyers have you read recently like use to be common a few decades ago?

Who really are the criminals, traitors, and terrorist in these scenarios among us? Personally, I have not heard one case in my life of a prominent government official or other major USA social, political, or economic leaders being tried for treason! A common complaint of the most well informed, virtuous, civic minded USA citizens is that so many politicians don't even consider the constitutionality of laws they pass? How is it not a form of treason to take a vow to uphold and protect the USA constitution one does not intend to keep just to become a prominent government leader so they can apply political ideologies not supported by constitutional law? I am not referring to forms of McCarthyism to create witch hunts against political opponents. I am referring to legitimate trials like happened in the 1800s when prominent politicians were tried for treason when there was a higher percentage of honest politicians. Have you or your family and friends heard of such a trial of treason in the modern times? Surly some are committing treason out of so many commonly known as corrupt.

My experience with these forms of fraud makes me wonder how many people are fooled by these psychiatric and psychological secular zealots. This fraud explained is just one example of how power and authority is abused using USA Government to promote their secular religion and it practices. These secularists falsely claiming it is not a religion inhibit and attempt to control all other forms of worship, and people's very mind and behavior while getting rich off taxpayers' money financing it. This "Jail House Mental Health Fraud" wrongly legitimized by USA government authorities makes one wonder how many people think they have a dysfunctional brain in need of dangerous prescription drugs for life when such is not the case as doctors' and others get rich experimenting on USA citizens.

### Epilogue

I discovered as an open honest person one can be punished in action for scolding law enforcement, judges, or courts for wrongs done even if a person is logical and rational as one states their opinions. These are the actions of authorities in forms of despotism and aristocracies where certain authorities are not to be questioned. Not the actions of authorities in a free society.

When the first person decided to claim I was psychotic officially, this nurse practitioner on jail record asserted I was logical and rational. I merely explained why I did not want to talk to this person giving this evaluator, NP Deborah Sant'Anna, nothing to go on about my personal affairs including what was going on in my private mind. I had already taken one psychological test forced on me under duress to be "found?" competent.  So much for the right to remain silent! How can an expert assert a person is suffering from psychosis and even say what that psychosis is when the evaluator does not have any information about the person's mind she is evaluating, except maybe gossip heard? Also, how can one say someone is crazy that is rational? That simply is not rational, or logical, or competent of this qualified psychological evaluator. Yet being accused of being crazy by one incompetent, corrupt, qualified expert abusing her authority who had no evidence to say what was going on in my mind rationalized a whole chain of events that failed to drag me into the mental health, charity industry of the area as attempted. From what I was told by various experts and others, it was just business as usual as explained in this article. These people went back and forth claiming I was competent then not so many times it is ludicrous and comical.

Months later I was representing myself having won when I asked for a jury to determine my competency though the judge dropped it before it went to a jury hearing. Then the court merely waited till the judge had an excuse to have it done a second time as if I was competent one month and not the next using it as a means to control what may honestly be said in court and limiting how

judges and the court may be challenged. I dared to assertively confront the court for wrongful actions. So, the judge, decided to have me evaluated for competency a second time as if questioning authorities' actions was an indication of incompetence! Whatever happened to warnings of "contempt of court".

Me representing myself was merely a formality and in action I was not allowed. Some motions I entered were rejected by the judge who did not give me a chance to present arguments. And even arguments I blurted out while being careful not to interrupt were ignored. My court appointed "stand by" attorney betrayed me to have a second competency hearing done without me even being informed the hearing happened. My competency was determined by the judge I challenged for not allowing me to present arguments. I also challenged this judge Ralph Strother for taking actions against me before giving me any chance to respond merely because the prosecution, Amanda Smith, falsely accused me, requested an action, then cleared her throat with absolutely no evidence or arguments presented.

It is an ethic and moral I do live by to speak my mind while not doing anything I am not willing to admit to anyone except under times of duress or concerning people's privacy! Yet I can testify through experience many USA courts will not allow you to speak your mind. This denies me my liberties to be an open honest person wherever I may be including courts of law while I am proud to admit to my actions and freely express my opinions as a man of honor, character, and integrity.

Many in action are merely kangaroo courts where decisions were already made by the judge, the prosecutor, and the defense attorney before an accused even gets to court. As the British did before 1776, many of these actions are done without due process of law where the due process of law is just a formality and paperwork illusion. This is the main reason why the Framers of the USA constitution came up with the 6th amendment to prevent such injustices educated judges enable who only give a pretense they follow the USA constitution as they seek to expand theirs and their colleagues' powers!

"Complaints are everywhere heard from the most considerate and virtuous citizens equally friends of public and private faith, and of public and personal liberty, that our governments are too unstable; that measures are too often decided, not according to the rules of justice, and the rights of the minor party but by their superior force of an interested and overbearing majority," Alexander Hamilton stated this before the USA constitution was ratified which applies to modern times when government authorities ignore the USA constitution for their own self-interest applying principles of despotism.

Alexander Hamilton in the Federalist Papers reasoned that government officials, including judges, that are not acting by USA constitutional law are invalid. Yet many modern lawyers reason according to USA constitutional law that just because judges backed by the Supreme Court says it is constitutional then that makes it constitutional, which does not apply to the Supreme law of this land against any such dictatorships. If this was true, then the Supreme Court could make a ruling that legal sexual rape is constitutional under certain circumstances as other past republics have then that would make it constitutional which is ludicrous revealing the delusional state and incompetence of many law professionals.

My court appointed "stand by" defense attorney, Mr. E. Alan Bennett, with many years of experience with this court, hired a psychologist he had years of experience with to determine my competency knowing this brilliant but corrupt Dr. Wm. Lee Carter would claim I was incompetent no matter what. Just business as usual as some guards claimed. The first time I talked to Dr. Carter I was as rational and clear as could be. Yet this Doctor still made a bias, inaccurate, unscientific report falsely claiming I was incompetent. Not only that, but against prior instructions to always have juries determine matters, this immoral defense attorney who admitted in court he is a liar whose word is not credible waived my right to a jury hearing, without asking me, knowing this judge Ralph Strother would rule me incompetent during a competency hearing I did not even know happened. All so this attorney could take over my case and have my rights denied. These actions of the 19th Judicial Court of McLennan County Texas and Mr. E. Alan Bennett of Sheehy, Lovelace & Mayfield, P.C. also prevented me from appealing any of my filed motions to a higher court challenging the constitutionality of this court and the McLennan County Jail. For around 6 months I was informed of not one thing by my defense attorney or the courts except with no explanation I was mailed a motion made by prosecution stating my trial was to start in around 6 months which never happened. I "rotted" in an isolation cell for these six months thinking my trial may be coming up wondering what was going on as this corrupt attorney did not answer one of my numerous letters and got paid to do the minimal amount of work.

In jail, the first month or so I was relatively respected by guards and inmates alike. Then an Officer Johnson with decades of experience tried to assert dominance over me after confronting him for lying to excuse denying me services then making it sound as if I was the liar or delusional as I expressed a political belief I have about such corrupt as him. Then this Officer Johnson committed libel falsely claiming I threaten to murder him when I was released. I have not made such a threat of murder against anybody in my entire life. After Officer Johnson's libel factions of guards started to persecute me, commit defamation to cause loss of respect among inmates and other guards, and committed many other actions of libel while making excuses to deny me services. Like for half a day not getting me needed toilet paper I repeatedly asked for. Then using excoriating painful wrestle moves on me off camera in my cell as I was submissive as could be. Next guards put me on their torture device, the chair, all because I protested not being given toilet paper. And of course, stating lies and twist of the truth on their records to make it sound like they did no wrong and make me

sound like a crazy person they were protecting. I could write a novel on all the defamation, false accusations, abuse, and neglect creatively done against me with virtual impunity.

To make a long story short, I got a new court appointed attorney who actual does a good job considering what she has to work with as she goes out of her way. My present attorney has proven that not all attorneys are corrupt money grubbers which good reason also dictates just like not all homeless are depraved or crazy! My present attorney managed to get me found competent again after witnessing another competency evaluation by this corrupt Dr. Carter who dared not say I was incompetent when I was rational and logical in front of a credible witness representing my interest. I was never given any "Competency Restoration Services" experts at times asserted I needed while "rotting" in jail as these experts including a Dr. Stephen L. Mark went back and forth claiming I was competent then not which revealed the inaccuracies and bias of these reports and experts. I was released on a "PRbond" where out of jail I am a prisoner to this area I was just passing through not allowed to leave the county and ordered to call the courts weekly to stay out of jail. Even though my trial is set for Nov, I am informed the court might postpone my trial to a later date delaying my trial for an indefinite amount of time as this area makes money off me coming in from the State and Federal government. My assertion about all this fraud and how it is done is a result of what I witnessed and what hundreds of others informed me of in and out of jail as well as countless hours of research. In no stretch of the imagination was I treated as an innocent man or given my 1rst and 6th amendment rights as well as other rights and liberties denied since arrested!

I am highly likely to be found innocent on paper. Yet in action I have been punished now for over two years as false accusations against me stay on public record. My freedoms have been limited by this court for a crime I did not commit. I went through extreme suffering for over twelve months with around ten months straight in an isolation cell including the six months I explained before experiencing various creative forms of torture that authorities use semantics, lies, and excuses to cover up. In jail for a year and a half I went through minor suffering most the rest of the time. This is so obviously like what in effect the British did before 1776 that the 6th amendment was meant to prevent that it is profound. I find it inexcusable knowing I am innocent to find courts punish innocent citizens for years and then rationalize it as authorities profit doing it off taxpayers' money as they assert no wrong was done! Not only that they want to call me crazy for being angry about it and not agreeing with them!

For most impoverished it is not practical for them to challenge the courts and law enforcement as I have been doing after countless hours of research on the internet, the library, and in person interviews then taking legal actions. I am just wondering if these government officials can get away with the crimes and torts that I witnessed which they appear confident they can in this form of despotism!

What is so unjust in a free society is what I found when I appear to be impoverished that law enforcement shows up regular treating me as a second-class citizen criminal with little rights. These injustices are not merely because of law officers' abuse of power combined with their prejudices and irrational fears. But also because of people law enforcement and various other sources encourage who call the police at the drop of a dime distracting from stopping the real crimes. Many such ignorant alarmist are prejudice against the impoverished and or see a terrorist or criminal around every corner creating an irrational, paranoid environment that actual criminals and terrorist easily hide and flourish in. A large percentage of time and resources of our society are wasted to keep "We the People" under control. These resources could be used to stop and reform the dishonest and not to inhibit, and unempowered us honest citizens. In heart, most of us are not criminals or "terrorist". Yet so many laws are on the books that it is virtually impossible even among the most law abiding of us not to break a law here and there making virtually every USA citizen a criminal breaking laws our legislators passed. One police officer even pointed out that he could find an excuse to arrest anyone using all the laws at his disposal giving him an unchecked form of absolute power over USA citizens especially the poor!

What we need is not more and more police with more and more unchecked powers creating a government-controlled police state to control "We the People". In action an army has been formed and is growing to keep "We the People" under control under the pretense it is for law enforcement as the wealthy and established authority increase their power over resources, services, and other citizen's which also is against USA constitutional law and the laws of decency. The state militia may be intended to stop insurrection. But no army under the Framers' intent is to be formed to keep the USA people under subjugation. "We the People" were meant to keep our government under subjugation with check and balances while not having our rights to bear arms infringed. Not the other way around.

What we need are police who spend most their time going after sexual perverts violating unwilling victims, rapist, pedophiles, murders, the violent, and thieves and not to keep the rest of us honest citizens in order. We need to empower individuals and communities to help and protect themselves independent of the government and larger institutions while giving people less reasons to want to do crime while keeping our government in check. For example, empower us citizens to create our own markets without being dependent on, or controlled by established controlled markets not giving enough livelihood for all of us for many decades with their wealthy interest owned and controlled by a few. Our civil rights and liberties are being eroded to protect the interest of a few over the many and those who unwisely support them. These are just basics of the principals our nation was founded on. I question

(9)

how many USA citizens are in jails and prisons in the USA for no more than pursuing their happiness without victimizing others, exorcising the principals of free enterprise and capitalism, and exorcising their civil rights and liberties, not to mention those who are falsely accused like me being wrongly imprisoned!

## Credentials of Author

Information gathered after relative conversations with hundreds of lawyers and a few judges throughout the years; Personal experience in jails more times than I would like to admit though mostly misdemeanors when I was impoverished sometimes being innocent. I did spend over a year in jail awaiting trial for another crime I did not do in my 30s then intimidated into taking a plea bargain when authorities took advantage of my naivete. Later I spent over half a year in jail using creative challenges of the courts about this plea bargain until the matter was dropped. That makes for over three years in USA jails and many more forced to deal with the judicial branch all for crimes I did not do like the British did to innocent citizens before 1776; Countless experiences with a law enforcement community who strangely only often showed up when I was impoverished though my behavior doesn't change as I remained a relatively law-abiding citizen. In my 20s I stayed out of trouble for years as a poor long hair traveler, political activist, and Christian getting work occasionally. At that time, it was a monthly if not a weekly thing for police to stop me demanding to "frisk" then felt me up usually not giving any reason. The police never found a thing in my entire life after hundreds of times frisking me making me feel physically violated every time they felt me up from head to toe. I must admit I felt like punching them every time these male police or deputies grabbed my testicles which they often did and some even fondled my "nuts" to my disgust knowing there was not one thing I could do about it; And of course, my present ordeal when now I know better how to defend myself from this form of democratic despotism after decades of experience. These local authorities working with this violent, irrational Mr. Ayala committed libel falsely claiming I did violence giving false impressions after a lifetime of never having such on my record. I have only acted in self-defense and at the age of 58 am proud I was always able to diffuse any fight before anyone seriously got hurt even when living in the worse crime riddled neighborhoods for a year here and there; Learning from several of the jail's deputy guards I befriended who supported my position in McLennan County Jail. I also learned from some of the guards who we just tolerated each other, or not; Numerous inmates who I admit are often not credible sources except as a community of eyes witnesses of what happens in jails and prisons. I discovered most USA jails and perhaps all penitentiaries in the USA have turned into an initiation into crime and a sort of criminal, boot camp, recruitment schools for criminals to learn from each other. Also, Inmates are given opportunities to become a member of one of the numerous criminal organizations who have fine-tuned their activities over the years as they make vast fortunes corrupting many legitimate organizations both recognized by our oppressive government and not. There is little to virtually no rational, civic minded, free, virtuous people allowed in these jails and prisons to try to talk good sense to these people except those of us who were wrongly arrested. Mostly is criminals trying to convert other inmates to their values, guards just trying to assert their dominance and enjoy their day and keep the peace among inmates and some profiting from drugs they smuggle in, health experts pushing their drugs while making excuses not to do their job right to save the jail or prison money and deny services if inmates get them mad, a small jail ministry among inmates being suppressed with little outside help except literature, and sometimes speeches along with sermons ministers weekly make, if that. There is little to no one on one conversation sometimes for decades between the inmates and the virtuous among free citizens who are civic minded. Citizens who were minor criminals, or as me innocent, are turned into violent hard-core criminals. If it was not for my solid foundation as a Christian, I probably would have been converted to these criminals' values; Many years of experience with the mental health industry and hundreds of relative conversations with my best friend for decades who has a master's degree as a drug counselor. I never was her patient being just friends; Around a decade of experience with western medical experts I worked with assisting the elderly as many warned me of corruption in the western health industry; Years of experience as a homeless man between jobs and earning a B.S. degree with high honors as a technologist. Though it was not most of my life being homeless as I found gainful employment or was self-employed for years; Countless eye witness testimonies by the homeless including one common testimony of impoverished in New Orleans being arrested for molesting a hamburger on Bourbon Street to spend a few days or more in jail which of course did not stand up in court; Being involved as a grass roots political activist for individual rights and wildlife protection in my 20s. I then was informed by and befriended numerous political activist including highly educated, moral, ethical, honest USA lawyers and historians of USA history who were constitutional political activist, and medical doctors exposing the corruption in their own professions. Many of the lawyers acted out of the State Bar taking framer's intent of USA constitutional law stances not very popular with most of their colleagues; Years of life's experience as an elder in my 50's who is well traveled and conversed with thousands of people while being trusted as an open and honest man in numerous diverse communities; And countless hours of research both before and after this experience as an innocent man waiting years to go to trial for an open and shut case.

And by the way, Stephen King's fantasy story of prison life, "Shawshank Redemption", was a brilliant masterpiece I so enjoyed as a fan. But in reality, many in jails and prisons don't claim they are innocent as they brag about their crimes. And yeah, I

(10)

assure you I am innocent being falsely accused as a law abiding, church going, honest man being set up by police who knows I am innocent after "losing" my personal property of a wooden tool handle with no marks when their witness lied that I hit it with a machete. I did not even get near to anybody with any weapon nor commit any violence. I hope to go to trial for all this to come out. And not, as prosecution often does when they know they don't have a case, have charges dropped at the last moment thus in effect punishing me for years then making false claims I was guilty and got out on a technicality. Either way, I plan to file lawsuits to try to clear me good name!

All this drama started because me a homeless man dared to act as an equal as I scolded an employee for rude customer service who decided to call police and then lie after failing to bait me into a fight that I diffused. Little did they know I was a working man who was doing something on my bucket list for ten months. Not that it should matter in a free society. I was on a cross country hike with just an occasional ride starting in Oregon. I walked through around ten states walking twenty miles a day on average even when I rarely stayed in one area for a few weeks to take care of some business like looking for work in a disaster area in Florida. Most my business was to try to find a way to get my birth certificate which is practically an act of God from the State of Texas when you have no documentation to start with and are homeless. It is easier for criminals to get my birth certificate who know all the ins and outs than me. I am not the depraved drug addicted bum they assumed I was. I actually was doing something with my life.

Now prosecution and courts have done numerous dirty tricks impoverished warned me of over the years to fail to get me to take a lesser charge dropping a felony down to a misdemeanor with time served and a bus ticket out of town which I refused. I want my trial and want it now for this open and shut case though that right has been denied me. I will not give up standing up for my rights even if unsuccessful. That also is on my bucket list after years of having to kowtow to the corrupt among police and courts when I was first pursuing a career as a technologist and author. I know it sounds like something out of a bad late-night drama on TV. But it really is happening to me.                    :

So though officially by some professional's standards I may not be considered an authority on this subject. Yet I dare say this testimony is a well-informed, accurate account of this fraud and corruption being committed by many professionals who are responsible for representing and upholding USA constitutional law and other's responsible for helping vulnerable, mentally hurting individuals. It is a disgrace these highly educated, qualified professionals empowered to do so much good chose to exploit vulnerable impoverished people just to grub for money and power.

After years of experience, I have found that just because a qualified, educated authority claims something does not mean it is true, nor does it mean a qualified authority isn't abusing his or her position, nor does it mean an authority is competent even if a highly educated, qualified medical doctor. This modern-day delusion that many have of a professed infallibility of professional experts is ridiculous. My logic professor at SIUC claimed that one of the most common irrational arguments made in our society is what he called "An Appeal to Authority". That is when one claims that just because a professional expert says it is true, that means it is true which is not logical to state about fallible and sometimes corrupt beings.

I would like to point out I have talked to lawyers, judges, professors, and even some law enforcement who agree with my positions who helped me develop these opinions. Not all are corrupt! Not by any stretch of the imagination are the courts fair and just or law enforcement protecting and serving all of us honest USA citizens. Mostly they are run as businesses and not a legal system to protect citizens and administer justice! Impoverish are given little to no protection from law enforcement and usual only offered forms of kangaroo courts. In one way of looking at it the police have become little more than security guards for those in this attempted takeover by the wealthy 1% of citizens who own and control a majority of wealth in this nation, those who support them including the top 10% who own 70% of the nation's wealth whose percentage of wealth owned is increasing yearly, their institutions, and their interest. This political phenomenon is similar to what happened in the early 1900s with the monopoly lords which is sure to fail. Our government currently seems to be little more than a government of the wealthy for the wealthy lying to us that they are representing the interest of all American citizens. 50% of the USA citizens only own 2% of the wealth with the other 40% only owning 28% of the wealth of the USA. As the USA Declaration of Independence pointed out, the people will take only so much before we had enough though that can be a lot! I just hope 90% of "We the People" can peaceably take back our institutions and property conned and forced out of us like also happened in the 1900s and not have to resort to a revolution like happened in 1776. Though for the first time in my life I am beginning to have doubts it can be done peacefully! What about you?

### Relative quotes by Thomas Jefferson.

"A little rebellion now and then is a good thing."

"God forbid we should ever be 20 years without such a rebellion."

"What country can preserve it's liberties if their rulers are not warned from time to time that their people preserve the spirit of resistance? Let them take arms. The remedy is to set them right as to facts, pardon & pacify them. What signify a few lives lost in a century or two? The tree of liberty must be refreshed from time to time with the blood of patriots & tyrants. It is it's natural manure."

"We have no paupers...The great mass of our population is of laborers. Our rich, who can live without labor, either manual or professional, being few and of moderate wealth. Most of the laboring class possess property, cultivate their own lands, have families, and from the demand of their labor are enabled to exact from the rich and competent such prices as enable them to be fed abundantly, clothed above mere decency, to labor moderately and raise families...The wealthy on the other hand, and those of ease, know nothing of what Europeans call luxury. They have only somewhat more of the comforts and decencies of life than those who furnish them. Can any condition of society be more desirable than this?" September 10, 1814

(That was when we had a government of the people for the people protecting people's individual liberties and rights. Who can deny we have a government of the wealthy looking out for their wealthy buddies over the rest of us denying citizens various liberties and civil rights? The USA also had free enterprise and government officials who went by USA and State Constitutional law after it was ratified in 1788. It worked before. Isn't it time we went back to what worked before and stop trying to make political ideologies work under different names that have proven to not work for thousands of years?)

### Relative quotes of Benjamin Franklin

"Any society that would give up a little liberty to gain a little security will deserve neither and lose both."

"That it is better 100 guilty Persons should escape than that one innocent Person should suffer."

(Any input, supportive or not is welcome including request to be of service or have me be of service, can be emailed to franklygoodman@yahoo.com or the Facebook page under the same name. I do have a "poor man's copyright" prohibiting any from monetarily profiting from circulating this article without my permission. But I give permission to freely circulate it on a grass roots level and would appreciate any such help. I am preparing lawsuits and motions on my own. If any can send an honest, federal, civil rights lawyer my way, I would be enterally in your debt. Thank you for your valuable time.

Sincerely the author; A.R.Thatcher